# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin  ▾

|  |  |
|---|---|
| JAMES MASTERSON, REBECCA TENGES, and THE MASTERSON METHOD, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| DAN HERETH, in his official capacity as Secretary of Wisconsin's Department of Safety and Professional Services, and JOSH KAUL, in his official capacity as Wisconsin's Attorney General, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  **3:26-cv-365**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dan Hereth, Secretary
Wisconsin Department of Safety and Professional Services
4822 Madison Yards Way
Madison, WI 53705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey H. Redfern
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
jredfern@ij.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____4/21/26_____

s/L. Kamke, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Civil Action No.    3:26-cv-365

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin ☑

|  |  |  |
|---|---|---|
| JAMES MASTERSON, REBECCA TENGES, and THE MASTERSON METHOD, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.   3:26-cv-365 |
| DAN HERETH, in his official capacity as Secretary of Wisconsin's Department of Safety and Professional Services, and JOSH KAUL, in his official capacity as Wisconsin's Attorney General, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Josh Kaul, Attorney General
> The Wisconsin Department of Justice
> Office of the Attorney General
> 17 W. Main Street
> Madison, WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey H. Redfern
> Institute for Justice
> 901 N. Glebe Road, Suite 900
> Arlington, VA 22203
> jredfern@ij.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/21/26

s/L. Kamke, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:26-cv-365

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: