IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES MASTERSON, *et al.*,

      Plaintiffs,

    v.                        Case No. 26-CV-365

DAN HERETH, *et al.*,

      Defendants.

## DECLARATION OF FAYE B. HIPSMAN

I, Faye B. Hipsman, pursuant to 28 § U.S.C. § 1746, declare as follows:

1. I am an adult resident of the State of Wisconsin and am presently in Dane County. I make this declaration based on my personal knowledge and declare that all items listed below are what they are claimed to be.

2. I am an assistant attorney general at the Wisconsin Department of Justice and one of the attorneys representing the Wisconsin Department of Safety and Professional Services in this matter.

3. The Wayback Machine is a digital archive of the internet and websites that allows users to view archived versions of websites from past dates. It is available at: https://web.archive.org/.

4. Attached as **Exhibit A** is a copy of the Masterson Method Advanced 5-Day Course description available via a Wayback Machine query of www.mastersonmethod.com, archived on March 28, 2023, and accessed on June 10, 2026.

5. Attached as **Exhibit B** is a copy of the Masterson Method Certified Practitioner program description available via a Wayback Machine query of www.mastersonmethod.com, archived on March 28, 2023, and accessed on June 10, 2026.

6. Attached as **Exhibit C** is a copy of the Masterson Method description of courses available via a Wayback Machine query of www.mastersonmethod.com, archived on March 28, 2023, and accessed on June 10, 2026.

7. Attached as **Exhibit D** is a copy of excerpts from the Masterson Method find a certified practitioner page available via a Wayback Machine query of www.mastersonmethod.com archived on March 24, 2023, and accessed on June 17, 2026.

8. Attached as **Exhibit E** is a copy of the Masterson Method certified practitioner program description available at https://mastersonmethod.com/how-to-become-certified-in-the-masterson-method/, accessed on June 11, 2026.

9. Attached as **Exhibit F** is a copy of the Masterson Method Advanced 5-Day Course description available at https://mastersonmethod.com/advanced-5-day-course/, accessed on June 11, 2026.

10. Attached as **Exhibit G** is a copy of the Masterson Method Beyond Horse Massage Weekend Course description available at https://mastersonmethod.com/beyond-horse-massage-weekend-seminar/, accessed on June 11, 2026.

11. Attached as **Exhibit H** is a copy of an email exchange in or around March 2023 about the EAP between DSPS School Administration Consultant Colleen Uhlenkamp and Megan Dushin, Operations Officer and MMCP Liaison, Masterson Equine Services.

12. Attached as **Exhibit I** is a copy of an email exchange in or around April 2023 about the EAP between DSPS School Administration Consultant Colleen Uhlenkamp and Megan Dushin, Operations Officer and MMCP Liaison, Masterson Equine Services.

13. Attached as **Exhibit J** is a copy of the email exchange in or around Aril 2023 between DSPS School Administration Consultant Colleen Uhlenkamp and Jim Masterson.

14. Attached as **Exhibit K** is a copy of the Masterson Method Weekend Course Workbook that Masterson Method sent to DSPS for its review in or around April 2023.

15. Attached as **Exhibit L** is a copy of the Masterson Method Weekend Course Outline that Masterson Method sent to DSPS in or around April 2023.

I declare under penalty of false sweating under the law of Wisconsin and federal law that the foregoing is true and correct.

Signed on this 18th day of June 2026, Madison, Wisconsin.

*Faye B. Hipsman*

FAYE B. HIPSMAN