

Horse    Dog    About    Courses    Sto

Find A Certified Practitioner





Resources    Contact    My Account

Ad

Hipsman Ex. A



Find A Certified Practitioner

# Advanced 5-Day Course



Horses in your care will benefit further by your participation in the Advanced 5-Day Course. You will become more adept at The Masterson Method® techniques that will help relieve your horse's stress and build stronger human-horse relationships. For those interested in becoming a Masterson Method Certified Practitioner (MMCP), it is the next required step.  Read more about the certification process [here](here).

The Advanced 5-Day Course in equine bodywork is an advanced, practical course that is open to anyone with experience handling horses and a basic knowledge of equine anatomy, who is interested in improving relationship, communication and performance in horses. It is also the primary course for the Certification Program.

It consists of five days of practical training. Your group will be visiting a different barn each day within the vicinity of the primary city. This way you will have a variety of horses to work on. Carpooling is recommended and can be arranged on the first day.

This course is spent almost entirely working on horses. You will learn where to look, what to look for, and how to release and clear issues that most affect performance. During this course you will perfect your understanding of the principles of release of tension in the horse, your ability to recognize

Hipsman Ex. A



Horse    Dog    About    Courses    Sto

Find A Certified Practitioner

Resources    Contact    My Account

and resulting secondary Issues.

Course size is limited to ensure one-on-one instruction.

We are accredited by the National Certification Board for Therapeutic Massage and Bodywork Organization (NCBTMB) for Continuing Education Credits.

# Advanced 5-Day C

(courses are added to all of our lists all throughout the year, ch

See our COVID-19 procedures. See our COVID-19 Waive

***If you find a course that works for you and has openings, we do recommend faster than usual. If a course is FULL, email seminars@master***

## USA

May 1-5, 2023 **Wake Forest, NC** *with Sandy Vreeburg*

May 22-26, 2023 **Watsonville, CA** *with Sandy Vreeburg*

May 29-June 2, 2023 **Chattanooga, TN** *with Kathy Tow*

June 12-16, 2023 **Watsonville, CA** *with Sandy Vreeburg*

June 12-16, 2023 **Youngsville, NC** *with Khrystynna Hunsinger*

July 10-14, 2023 **West Bend, WI** with Becky Tenges

Hipsman Ex. A



Find A Certified Practitioner

October 25-27, 2023  **Tucson, AZ** *with* *Vanessa Helvey*

## Canada

May 8-12, 2023 **Cobourg, ON** *with* *Lori Hoppe*

August 21-25, 2023 **Calgary, AB** *with* *Lori Hoppe*

*****If you find a course that works for you and has openings, we do recom*
*much faster th*

## Australia & New Zealand

October 16-20, 2023 **Victoria, AU** *with* *Vicky Devlin*

October 23-27, 2023 **Elimbah, QLD, AU** *with* *Vicky Devlin*

## Europe & UK

April 3-7, 2023 **Cheshire, UK** *with* *Vicky Devlin*

April 12-16, 2023 **Schalkhaar, NL** *with* *Masja Fick* (in Dutch)

May 9-13, 2023 **Egestorf, Germany** *with* *Walter Saxe* (in German)

July 17-21, 2023 **Hertfordshire, UK** *with* *Vicky Devlin*

August 14-18, 2023 **Oberhausen, Austria** *with* *Vicky Devlin* (in English & Germa

Hipsman Ex. A



Find A Certified Practitioner

Horse      Dog      About      Courses      Sto

Resources      Contact      My Account

October 16-20, 2023 **Egestorf, Germany** *with* *Walter Saxe* *(in German)*

*Excellent follow-up to the weekend seminar. The new ted*

**Jim Culv**

⟨
⟩

# What You'll Learn—Course Details

Advanced 5-Day course schedule for each day is 9am – 5pm. Please plan on arriving 15 minutes before the course begins.

## Course Prerequisites

⌄ 1st Prerequisite – Beyond Horse Massage Weekend Seminar

⌄ 2nd Prerequisite – Home Study Course

Hipsman Ex. A



Horse    Dog    About    Courses    Sto    Find A Certified Practitioner

Resources    Contact    My Account

## Course Outline

**Time Breakdown: Approximately 15 to 20% will be spent on lecture, including:**

1. The anatomy of key junctions of the body that most affect performance; the poll sacroiliac/sacro-lumbar junction and major muscles associated with that junctior
2. The principles and mechanics of release in the muscles and connective tissues of responses of the horse to touch, and how our use of pressure, movement and po
3. Initial and final evaluations, primary issues vs. secondary issues, and pain vs. rest

**Approximately 80 to 85% will be spent in hands-on demonstration and practice range of issues.**

⌄ Some Of The Topics Covered During Both Lecture And Practical Parts

## Required And Suggested Reading And Viewing For The

Hipsman Ex. A



**Suggested:**

There are numerous books on equine massage and bodywork. Any background re craniosacral, acupressure, bio-dynamics and muscles and movement will help. Belo

Books are available on our online store:

- *Whole Horse DVD series, Jim Masterson (5 DVD Series)*
- *The Horse Structure and Movement,* by R.H. Smythe and P.C. Goody (Good struct
- *Horse Anatomy*: A Pictorial Approach to Equine Structure, by Peter Goody.
- Horse Anatomy: Equine 3-D, app for iPhone and iPads (Strongly recommended f

# Note About Our Trademark



Only Masterson Method Certified Practitioners may use the Masterson Method® name and logo in their bodywork business. Any uses by those other than our certified practitioners to promote their services is an infringement on trademark rights. If you have any questions, please Contact Us.

Hipsman Ex. A



Horse    Dog    About    Courses    Sto    Find A Certified Practitioner

Resources    Contact    My Account

## Accreditation

**We are accredited and approved through the following organizations:**



[National Certification Board for Therapeutic Massage and Bodywork Organization](#) (NCBTMB)



[National Board of Certification For Animal Acupressure and Massage](#)

[International Institute for Complementary Therapists](#)



Hipsman Ex. A



Find A Certified Practitioner

## FREE RESOURCES

Free Educational Videos

Bodywork Blog

Bodywork Q&A

Newsletter Issues

Magazine Articles

Podcasts

## ADMINISTRATIVE

Host a Masterson Method Weekend Seminar

Seminar-Workshop Logistics

Advanced 5-Day Logistics

FAQs about Courses

Course Cancellation Policy

Privacy Policy

## AFFILIATE

Absorbine Partnership

Equine Anatomy and Health Considerations Online Course

Basic Biomechanics – Understanding Horse Movement

Recognizing Issues that Affect Performance Horses

## Stay Connected!

**Sign up to hear from Jim and receive calendar updates.**

Sign Up For Newsletter

Dream-Theme — truly premium WordPress themes

Hipsman Ex. A