The Wayback Machine - https://web.archive.org/web/20230202111759/https://masters...



Horse    Dog    About    Courses    Sto    Find A Certified Practitioner

Resources    Contact    My Account

# How to Become Certified in The Masterson Method®

## About The Certification Program

Jim Masterson's Practitioner Certification program provides a systematic method to trainer, and make a difference in the equine bodyworker and their business. It's all and comfort in the horse, they'll call you back!

The Practitioner Certification program attracts horse-people for a variety of reason

- to develop skills as a professional equine bodyworker
- to improve equine performance and wellness
- to have a vocation where you're giving back to the horse
- to increase personal knowledge
- to become a better all-around horse-person
- to better understand the horse

Hipsman Ex. B

We have not been able to archive the video a

Hipsman Ex. B

# Masterson Method® Certifica

**Weekend Seminar-Workshop**



**BHM Home Study Cou**

**Advanced 5-Day Course**

If interested in Certification, begin Fieldwork
within 6 months of Advanced Course completion

**Block 1 - Learning Objectives**
I.   MM Practices & Principles
II.  Effective Evaluations
III. Learn Advanced Techniques



**Fieldwork Block 1**   Duration: 2 – 6 months



**Block 2 - Learning Objectives**
I.   Improve Feel & Flow
II.  Evaluations: Confidence & Competence
III. Techniques: Confidence & Competence
IV.  Gain Working Knowledge of Anatomic Structures

**Coaching #1**

**Fieldwork Block 2**   Duration: 2 – 6 months

Hipsman Ex. B

**Fieldwork Block 2**    Duration: 2 – 6 months

**Anatomy Course Completion Deadline**

**Coaching #2**

**Block 3 - Learning Objectives**
Confidence, Competence & Proficiency in
    I.   Feel, Flow, Practices & Principles
    II.   Evaluations
    III. Techniques
    IV. Considering Primary Issues & Putting It All Together

**Fieldwork Block 3**    Duration: 3 – 6 months



## Steps To Becoming A Masterson Method Certified Practitione

To become a Masterson Method Certified Practitioner (MMCP), students must:

Journey to become a Masterson Method Certified Practitioner

- Have adequate skills in horsemanship, handling, and safety, and the basic physic effectively complete a whole horse session;

- Complete all of the training requirements of the program, including anatomy req

- Demonstrate proficiency in all Masterson Method Techniques taught in the progr

The coursework is outlined below, and depicted in the infographic. Click each step to

   ⌄   Step 1: Weekend Seminar-Workshop

   ⌄   Step 2: Advanced 5-Day Course

   ⌄   Step 3: Fieldwork Course

   ⌄   Step 4: Certification Completion Course

Timing through steps 3 and 4—the Fieldwork Course and Certification Completion C Fieldwork Block to take a minimum of 2-3 months and maximum of 6 months. In tot minimum in 9 months, and no more than 2 years.

Hipsman Ex. B

# Masterson Method Certified Practitioner Minimum Training Hours

The Masterson Method® Certified Practitioner program is a rigorous, high quality training program that will prepare you to become a professional equine bodyworker. In total, you will be completing roughly **426.5 hours** of Instructor Contact, Guided Study, and Practical Externship, which amounts to about 8.5 hours per week if you aim to complete the course in one year.

**Instructor Contact: ~91.5 hrs**

Weekend Seminar-Workshop: **15 hrs**

Advanced 5-Day Course: **37.5 hrs**

Fieldwork Course (3 all-day Coaching Sessions): **24 hrs**

Certification Completion Course: **15 hrs**

**Guided Study: ~260 hrs**

Beyond Horse Massage Home Study Course: **65 hrs**

Recommended Equine Anatomy Course (Avalon Performance Horse): **75 hrs**

Fieldwork Course (30 Case Study write-ups, ~4 hrs each to write): **120 hrs**

**Practical Externship: ~75 hrs**

Fieldwork Course (30 Case Study sessions, ~2.5 hrs each to conduct): **75 hrs**

## Total: 426.5 Hrs

Hipsman Ex. B

# Accreditation

**We are accredited and approved through the following organizations:**



[National Certification Board for Therapeutic Massage and Bodywork Organization](#) (NCBTMB)



[National Board of Certification For Animal Acupressure and Massage](#)

[International Institute for Complementary Therapists](#)



[Equine Therapies Association of Australia](#)

# Laws Governing The Practice Of Alternative Therapies

Hipsman Ex. B

The laws that govern equine massage and alternative therapies vary from state to

as a business, it is important that you become familiar with the laws in your state. Y

therapists in your area as well as your veterinarian to get practical understanding

The purpose of The Masterson Method® is to improve performance, well-being, rela

replacement for veterinary care.

*dly and soft yet very powerful method that helps the horse*

*the spine instead of the bigger movement muscles. I have s*

*with chiropractic/craniosacral adjus*

**Karianna van**

Hipsman Ex. B

## FREE RESOURCES

Free Educational Videos

Bodywork Blog

Bodywork Q&A

Newsletter Issues

Magazine Articles

Podcasts

## ADMINISTRATIVE

Host a Masterson Method Weekend Seminar

Seminar-Workshop Logistics

Advanced 5-Day Logistics

FAQs about Courses

Course Cancellation Policy

Privacy Policy

## AFFILIATE

Absorbine Partnership

Equine Anatomy and Health Considerations Online Course

Basic Biomechanics – Understanding Horse Movement

Recognizing Issues that Affect Performance Horses

## Stay Connected!

**Sign up to hear from Jim and receive calendar updates.**

Sign Up For Newsletter

Dream-Theme — truly premium WordPress themes

Hipsman Ex. B