

Horse        Dog        About        Courses        Sto

Find A Certified Practitioner

Resources        Contact        My Account

Masters

Hipsman Ex. C



Horse      Dog      About      Courses      Sto      Find A Certified Practitioner

Resources      Contact      My Account

Equine Bodywork Courses for every horse owner – from Weekend Seminars to the Masterson Method Certified Practitioner Program.



The Masterson Method has changed horse and owner relationships around the globe. Horses are able to release deep seated tension within the body, with a gentle touch. The Masterson Method equine bodywork courses teach you how to work *with* your horse, not *on* your horse. The Masterson Method can help improve mobility and performance. Don't wait to try this with your horse! Start at home with the [Beyond Horse Massage Book and DVD](#), a prerequisite to the Weekend Seminar.

Deepen your connection with your horse, by tuning in to their subtle responses to help them release tension. Transform your relationship with your horse by learning The Masterson Method foundational techniques in a Weekend Seminar.

Every horse owner will benefit from the [Weekend Seminar](#). If you're interested in furthering your Masterson Method equine bodywork knowledge, the Advanced 5-day Course is available. For those who want to ensure they are fully proficient in this approach, the Fieldwork and Masterson Method Certified Practitioner Program are your next step after the Advanced 5-day Course.

## Masterson Method Equine Bodywork Certification Program

Hipsman Ex. C



Horse    Dog    About    Courses    Sto

Find A Certified Practitioner



Resources    Contact    My Account

certification programs you will find, requiring approximately 426 hours. Here are the steps to become certified in The Masterson Method (see more at How to Become Certified).



Weekend Seminar

## Step 1

The Weekend Seminar is for any horse owner or handler. The seminar gives you the tools to help you work with your horse to relieve tension and connect more deeply. No knowledge of anatomy or physical strength is required. You'll leave wishing you had taken this seminar sooner.

Hipsman Ex. C

Horse    Dog    About    Courses    Sto

Find A Certified Practitioner

Resources    Contact    My Account



Advanced 5-Day Course

## Step 2

Horses in your care will benefit further by your participation in the Advanced 5-Day Course. You will become more adept at The Masterson Method equine bodywork techniques that will help relieve your horse's stress and build stronger human-horse relationships.

Hipsman Ex. C



Horse    Dog    About    Courses    Sto    Find A Certified Practitioner

Resources    Contact    My Account



Fieldwork Course

## Step 3

Become proficient in The Masterson Method equine bodywork techniques and equine anatomy through coaching, mentorship and casework with horses. This commitment is the next step toward becoming a Masterson Method Certified Practitioner.

Hipsman Ex. C

Find A Certified Practitioner

Horse     Dog     About     Courses     Sto

Resources     Contact     My Account



Certification Course

## Step 4

Fieldwork Students will demonstrate their proficiency and learn new Techniques to complete their certification and launch their Masterson Method equine bodywork business.

How to Become Certified

## More Masterson Trainings & Clinics

In addition to the Certification courses above, we have courses and clinics to suit a wide variety of interests.

Hipsman Ex. C



Light to the Core Seminar

Delve into the light-touch techniques taught in the Light to the Core video. You will learn subtle, gentle, simple bodywork that has the ability to profoundly affect the deepest interconnections of the horse's body. This course is suitable for all levels, including the seasoned Masterson Method Certified Practitioner.

Hipsman Ex. C

Horse     Dog     About     Courses     Sto

Resources     Contact     My Account



Equine Specialist Seminar

The Masterson Method has several applications in the equine-assisted service (EAS) field (learning, coaching, and/or therapy programs) helping both horses and humans. When you enroll in the Equine Specialist program, you learn how to help horses serving in EAS programs, as well as volunteers and participants – a perfect win/win!

Hipsman Ex. C

Horse     Dog     About     Courses     Sto

Resources     Contact     My Account



Collaborative Clinics

What is better than taking your horse to see one amazing equine clinician? Taking your horse to see TWO!  Join Jim Masterson with another equine expert at a combined clinic. Get insight into your horse's movement, behavior and performance issues from a bodywork/biomechanics and training perspective.

Hipsman Ex. C

Horse      Dog      About      Courses      Sto

Resources      Contact      My Account



Expos & Demos

Join us at an expo or demo to see practical Masterson Method techniques that you can bring home and use on your horses. Find a horse expo to come meet Jim and watch demonstrations of Masterson Method techniques. Check your local area for a Masterson Method demonstration by one of our Certified Practitioners.

## Host A Masterson Method Seminar

Hosting a Masterson Method Seminar at your facility is one of the most rewarding experiences you can share with friends, family, and horse lovers from any discipline. Horses used during the clinic always appreciate a weekend of Masterson Method® bodywork! You have three hosting options:

Hipsman Ex. C



Resources      Contact      My Account



Host a Weekend Seminar

Host a Light to the Core Seminar

Host an Equine Specialist Seminar

## Note About Our Trademark

Only Masterson Method Certified Practitioners may use the Masterson Method® name and logo in their bodywork <mark>business</mark>. Any uses by those other than our certified practitioners to promote their services is an infringement on trademark rights. If you have any questions, please Contact Us.

Hipsman Ex. C



Horse    Dog    About    Courses    Sto

Find A Certified Practitioner

Resources    Contact    My Account

who have completed the Advanced 5-Day Course.

### Beyond Horse Massage Home Study Course

**USD** $179.95

Add to cart

### Master The Method: Home Study Course For Advanced Students Only

**USD** $125.00 – $450.00

Select options

*Your horse will lo*

Studen

Hipsman Ex. C

Horse     Dog     About     Courses     Sto

Resources     Contact     My Account

## FREE RESOURCES

Free Educational Videos

Bodywork Blog

Bodywork Q&A

Newsletter Issues

Magazine Articles

Podcasts

## ADMINISTRATIVE

Host a Masterson Method Weekend Seminar

Seminar-Workshop Logistics

Advanced 5-Day Logistics

FAQs about Courses

Course Cancellation Policy

Privacy Policy

## AFFILIATE

Absorbine Partnership

Equine Anatomy and Health Considerations Online Course

Basic Biomechanics – Understanding Horse Movement

Recognizing Issues that Affect Performance Horses

## Stay Connected!

**Sign up to hear from Jim and receive calendar updates.**

Sign Up For Newsletter

Find A Certified Practitioner

Dream-Theme — truly premium WordPress themes

Hipsman Ex. C