The Wayback Machine - https://web.archive.org/web/20230324004359/https://master...



| Horse | Dog | About | Courses | Sto |

Resources     Contact     My Account

Find A Certified Practitioner

# Find a Certified Practitioner

Are you a horse owner or trainer looking to find a Masterson Method Certified Practitioner? This directory is for you! All others, please do not use the contact information in this directory to solicit business *(No Solicitation)*.

| Search for Practitioner | Search by Location | SEARCH |

Showing 1 - 482 of 482          Sort by: Name ⌄

### CATEGORIES

☐ 🟢 Certified Practitioner (441)
☐ 🟣 Equine Specialist (58)

Hipsman Ex. D



## Alessandra Hanzal, MMCP

Breitenfurt , Austria

(43) 6648213040

www.alessandra-hanzal.at

## Alex Seth-Smith, MMCP

East Sussex , United Kingdom

44 07956 219426

## Alexandra Davies, MMCP, Coach, Instructor

Johannesburg, Midrand, Gauteng , South Africa

27832974147

www.atbalance.co.za

Hipsman Ex. D