

Equine     Canine     About     Courses     Store     Resources     Contact     Find a Certified Practitioner

My Account

# Becoming Certified in The Masterson Method®

## About Certification

Certification in The Masterson Method signifies that you have attained a standard level of proficiency in Masterson Method tech have the skills and knowledge that will allow you truly make a difference in the horse's performance, comfort, well-being, and re human partner.

The Certification program attracts horse-people for a variety of reasons, some of which are listed here:

- to develop solid skills that will help you to improve your horse's performance, comfort and well-being
- to be able to communicate and connect with the horse on a level that the horse understands
- to increase personal knowledge
- to become a better all-around horse person
- to give back to the horse
- as continuing education for equine professionals or people wishing to pursue careers in equine or equestrian fields

Hipsman Ex. E

# Masterson Method® Proficiency Journey



Hipsman Ex. E

## Steps To Becoming Certified

To become Certified in The Masterson Method, students must:

- have adequate skills in horsemanship, handling, and safety, and the basic physical fitness (strength, stamina, and stability) ne⟩ effectively demonstrate Masterson Method Techniques;
- have completed all of the study and practical requirements outlined in the Steps below;
- have completed certain anatomy requirements or equivalent experience; and
- be able to demonstrate proficiency in all Advanced Masterson Method Techniques.

The program is outlined below, and depicted in the infographic. Click each step to expand the section and learn more.

ˇ  Step 1: Beyond Horse Massage Weekend Course

ˇ  Step 2: Advanced 5-Day Course

ˇ  Step 3: Fieldwork

ˇ  Step 4: Certification Completion Course

Timing through steps 3 and 4—Fieldwork and the Certification Completion Course—is important. As the graphic shows, students : Fieldwork Block to take a minimum of 2-3 months and maximum of 6 months. In total, students should expect the entire Proficier Journey to take a minimum of 9 months, and no more than 2 years.

## Masterson Method Certified Practitioner (MMCP) Minimum Training Hours

The Masterson Method program is a rigorous, high quality training program that will prepare you to become proficient in this approach to working with the horse. In total, you will be completing roughly **426 hours** of Instructor Contact, Guided Study, and Home Practice Sessions, which amounts to about 8.5 hours per week if you aim to complete the program in one year.

**Instructor Contact: ~91 hrs**
Beyond Horse Massage Weekend Course: **15 hrs**
Advanced 5-Day Course: **37 hrs**
Fieldwork (3 all-day Coaching Sessions): **24 hrs**
Certification Completion Course: **15 hrs**

**Guided Study: ~260 hrs**
Beyond Horse Massage Home Study Course: **65 hrs**
Recommended Equine Anatomy Course (Avalon Performance Horse): **75 hrs**
Fieldwork (30 Masterson Method session write-ups, ~4 hrs each to write): **120 hrs**

Hipsman Ex. E

**Home Practice Sessions: ~75 hrs**

Fieldwork (30 Masterson Method sessions, ~2.5 hrs each to conduct): **75 hrs**

## Total Minimum Training Hours: 426 Hrs

## Accreditation

**We are accredited and approved as a continuing education provider through the following organizations:**



[National Certification Board for Therapeutic Massage and Bodywork Organization](#) (NCBTMB)



[National Board of Certification For Animal Acupressure and Massage](#)

Hipsman Ex. E

[International Institute for Complementary Therapists](#)



[Equine Therapies Association of Australia](#)

## Laws Governing The Practice Of Equine Massage And Alternative Therapies

If you intend to offer equine massage and/or alternative therapies as a vocation it is important that you become familiar with th
professional practice of equine massage and alternative therapies in your state as these laws vary from state to state. You may
with equine massage and alternative therapists in your area as well as your veterinarian.

The purpose of The Masterson Method is to improve performance, well-being, relationship, and communication in the healthy ho
intended as a replacement for professional veterinary care.

*Perhaps the most intense and successful learning experience I have had! My confidence grew as the week progress*
*great, non-judgmental feedback. We had so much fun as well.*

**Sue Baird**

| FREE RESOURCES | ADMINISTRATIVE | AFFILIATE | Stay Connected! |
|---|---|---|---|
| Free Educational Videos | Course Logistics | Absorbine Partnership | **Sign up to hear from Jim and receive calendar updates.** |
| Bodywork Blog | Advanced 5-Day Course Logistics | Equine Anatomy and Health Considerations Online Course | |
| Bodywork Q&A | FAQs about Courses | Basic Biomechanics – Understanding Horse Movement | Sign Up For Newsletter |
| Newsletter Issues | Course Cancellation Policy | | |
| Magazine Articles | Privacy Policy | | **Contact Us** |
| Podcasts | | Recognizing Issues that Affect Performance Horses | courses@mastersonmethod.cor (641) 472-1312 |

Hipsman Ex. E

Masterson Method® | All rights reserved. Dream-Theme — truly premium WordPress themes

Hipsman Ex. E