

Equine    Canine    About    Courses    Store    Resources    Contact

My Account



# Beyond Horse Massage Weekend Course



A Masterson Method® Weekend Course is the next practical step after reading and/or viewing the *Beyond Horse Massage* **Book or video.**

In this **hands-on course**, you'll learn how to recognize and use the visual responses of the horse to your touch to find and release accumulated stress in key junctions of the body that most affect performance. Horses will be provided at the course, however you'll be able to apply all that you've learned to your own horse afterwards! These techniques have been successfully taught to thousands of owners, therapists, and trainers worldwide, enabling them to open new levels of communication and relationship with their horses.

We do require you to purchase and review the Beyond Horse Massage [book](book) and/or the [DVD](DVD) or streaming video before attending the course.

The Masterson Method is accredited by various national and international organizations including the National Certification Board for Therapeutic Massage and Bodywork Organization (NCBTMB) for Continuing Education Credits.

## About The Weekend Course

Hipsman Ex. G

05:24

# Weekend Course Dates

Courses are added to our schedule throughout the year. If you find a course that works for you and has openings, we recommend registering as soon as possible. Our courses fill quickly. If a course is FULL, email courses@mastersonmethod.com to be added to a course waitlist.

Africa

Asia

Australia/NZ

Europe/UK

North America

## North America

Hipsman Ex. G

USA

## West

June 27-28, 2026 **Kalispell, MT** *with* *Laura Faber-Morris*

August 22-23, 2026 **Portola Valley, CA** *with* *Sandy Vreeburg*

September 5-6, 2026 **Kalispell, MT** *with* *Laura Faber-Morris*

October 24-25, 2026 **Sedalia, CO** *with* *Kim Hollstein*

November 7-8, 2026 **San Miguel, CA** *with* *Amy Alford*

## Southwest

October 10-11, 2026 **Salado, TX** with *Kelly Jefferson*

## Midwest

June 13-14, 2026 **Mattawan, MI** *with* *Fran Cilella*

June 20-21, 2026 **Milo, IA** *with* *Martha Becker*

June 27-28, 2026 **Rapid City, SD** *with* *Kat Davies*

September 12-13, 2026 **St. Onge, SD** *with* *Peggy Smith*

October 10-11, 2026 **Ames, IA** *with* *Martha Becker*

## Northeast

August 22-23, 2026 **Sweet Valley, PA** *with* *Jackie Kimmel*

April 17-18, 2027 **Circleville, NY** *with* *Jackie Kimmel*

## Southeast

August 22-23, 2026 **Leesburg, VA** with *Suzanne Liscouski*

September 5-6, 2026 **Williston, FL** with *Alice Long*

September 5-6, 2026 **Cleveland, TN** with *Kathy Tow*

October 17-18, 2026 **Youngsville, NC** with Khrystynna Hunsinger

Hipsman Ex. G

November 7-8, 2026 **Leesburg, VA** with *Suzanne Liscouski*

November 14-15, 2026 **Cleveland, TN** with *Kathy Tow*

## Canada

**British Columbia**

September 19-20, 2026 **Squamish, BC** *with Lori Hoppe*

October 17-18, 2026 **Langley, BC** *with Lori Hoppe*

**Alberta**

June 20-21, 2026 **Calgary, AB** *with Lori Hoppe*

October 3-4, 2026 **Calgary, AB** *with Lori Hoppe*

**Ontario**

(nothing scheduled at this time, please check back or sign up here for our monthly e-newsletter for new course updates)

**Quebec**

August 15-16, 2026 **Sainte-Clotilde-de-Beauce, QC** *with Sylvie Vallières*

September 6-7, 2026 **Notre-Dame-de-la-Paix, QC** with *Jacinthe Proteau*

## Europe & UK

### Austria

July 3-4, 2026 **Klosterneuburg-Weidling, AT** *with Vicky Devlin*

October 3-4, 2026 **Graz, AT** *with Mitra Trop*

### Belgium

July 11-12, 2026 **Faimes, BE** *with Félicie Moinet*

Hipsman Ex. G

## Czech Republic

July 11-12, 2026 **Střední Čechy, CZ** *with Ivana Zajíčková*

August 8-9, 2026 **Libomyšl, CZ** *with Ivana Zajíčková*

November 28-29, 2026 **Peruc, CZ** *with Ivana Zajíčková*

## France

September 19-20, 2026 **Gambais, FR** *with Caroline Hébert Bernard*

October 3-4, 2026 **Cassagnabère, FR** *with Caroline Hébert Bernard*

## Germany

September 5-6, 2026 **Pulheim, DE** *with Silvia Hamm*

September 19-20, 2026 **Egestorf, DE** *with Walter Saxe*

## Netherlands

June 20-21, 2026 **Bedum, NL** *with Masja Fick*

September 26-27, 2026 **Ouwerkerk, NL** *with Masja Fick*

## Poland

June 13-14, 2026 **Rzęszyce, PL** *with Beata Filonowicz*

September 19-20, 2026 **Rzęszyce, PL** *with Beata Filonowicz*

## Slovenia

September 26-27, 2026 **Šentvid pri Stični, SI** *with Lucie Klaassen*

## Switzerland

(nothing scheduled at this time, please check back or sign up here for our monthly e-newsletter for new course updates)

## United Kingdom

August 8-9, 2026 **Shillington, Bedfordshire, UK** *with Vicky Devlin*

Hipsman Ex. G

October 10-11, 2026 **Horley, Surrey, UK** *with Vicky Devlin*

## Australia

### Australia

June 20-21, 2026 **Glenreagh, NSW, AU** with *Emma Young*

September 26-27, 2026 **North Arm, QLD, AU** with *Emma Young*

October 30-31, 2026 **Tynong, VIC, AU** with *Emma Young*

### New Zealand

August 22-23, 2026 **Mangere Bridge, AUK, NZ** with *Krystle Parker*

November 20-21, 2026 **Christchurch, CAN, NZ** with *Emma Young*

## Africa

### South Africa

(nothing scheduled at this time, please check back or sign up here for our monthly e-newsletter for new course updates)

## Asia

### Japan

(nothing scheduled at this time, please check back or sign up here for our monthly e-newsletter for new course updates)

### Israel

(nothing scheduled at this time, please check back or sign up here for our monthly e-newsletter for new course updates)

Hipsman Ex. G

## Day 1 — Course Begins At 9am

**Course begins at 9am with a discussion of the principles of The Masterson Method®.**

- The horse's survival-bracing response.
- How to use different levels of touch, and the horse's responses to by-pass the bracing response.
- Use of movement and positioning to allow a muscle or junction to release tension.
- Key junctions of the body that most affect performance.
- How the subtle and sometimes not-so-subtle process of release works.

**Techniques:**

- The first technique, the Bladder Meridian Technique, is demonstrated and explained.
- Students practice on horses, with individual hands-on help from the Instructor(s).
- Students and Instructor(s) re-group to ask and answer questions, and review and discuss the results of the technique.
- Techniques to release tension in the poll, neck, and neck/shoulders/withers junction are demonstrated, practiced, and disc during the first day, with a break for lunch and short morning and afternoon breaks.

## Day 2 — Course Continues At 9am

We follow the same learning format as on Day 1;

- Hands-on instruction.
- Review and discussion to learn basic techniques to release tension in the back, sacro-iliac and sacro-lumbar junction.

After lunch, a fresh group of horses are brought in. Students have the opportunity to practice all the techniques that were learn weekend, on fresh horses, with hands-on help from the Instructor(s). This way, the student will review and practice a full bodyw horse prior to going home.

Hipsman Ex. G



Hipsman Ex. G



## Weekend Course Prerequisites

1st Prerequisite – Reading and viewing the **Beyond Horse Massage Book and Video** (can be added when purchasing your r

2nd Prerequisite – This is a hands-on course. Students must be prepared to pick up all four of the horse's feet and be comfor unknown horse.  For safety reasons students must have a good grasp of basic horsemanship. Note that students will not be horse during this seminar, even if their horse lives at the host barn. However, you'll be able to apply all that you've learned tc afterwards!

## Note About Our Trademark

Only those who have demonstrated proficiency and completed the Masterson Method Certification Program may use The Masterson Method® name and logo. Use of The Masterson Method name and logo by others to promote any professional services is an infringement on trademark rights. If you have any questions, please Contact Us.

Hipsman Ex. G

## Are You Interested In Earning A Free Spot In The Weekend Course

**Host a Beyond Horse Massage Weekend Course**

Learn More

*This workshop very effectively introduces the Masterson Method and gives you a practical hands on learning
feel I can begin using the method to help my horses right away.*

Kathleen Berlick

## Accreditation

**We are accredited and approved as a continuing education provider through the following organizations:**



[National Certification Board for Therapeutic Massage and Bodywork Organization](#) (NCBTMB)



[National Board of Certification For Animal Acupressure and Massage](#)

[International Institute for Complementary Therapists](#)

Hipsman Ex. G



[Equine Therapies Association of Australia](#)

## FREE RESOURCES

Free Educational Videos

Bodywork Blog

Bodywork Q&A

Newsletter Issues

Magazine Articles

Podcasts

## ADMINISTRATIVE

Course Logistics

Advanced 5-Day Course Logistics

FAQs about Courses

Course Cancellation Policy

Privacy Policy

## AFFILIATE

Absorbine Partnership

Equine Anatomy and Health Considerations Online Course

Basic Biomechanics – Understanding Horse Movement

Recognizing Issues that Affect Performance Horses

## Stay Connected!

**Sign up to hear from Jim and receive calendar updates.**

Sign Up For Newsletter

**Contact Us**
courses@mastersonmethod.cor
(641) 472-1312

Masterson Method® | All rights reserved. Dream-Theme — truly premium WordPress themes

Hipsman Ex. G