| **From:** | Uhlenkamp, Colleen - DSPS |
| --- | --- |
| **To:** | Megan Dushin |
| **Subject:** | RE: Wisconsin Education Requirements |
| **Date:** | Friday, March 24, 2023 3:00:00 PM |
| **Attachments:** | 1.05 School Catalog Checklist.pdf |

Megan:

I apologize if the School Catalog Checklist was not properly attached. I have attached it to this email. Please note that you can also find the School Catalog Checklist on the EAP website that was previously provided under the "application forms" hyperlink.

Sincerely:

Colleen Uhlenkamp

School Administration Consultant

State of Wisconsin | Department of Safety and Professional Services

Educational Approval Program

4822 Madison Yards Way; P.O. Box 8366

Madison, WI 53705

(P) 608.266.1996

(D) 608.266.3185

Colleen.Uhlenkamp@wisconsin.gov

**From:** Megan Dushin
**Sent:** Friday, March 24, 2023 2:57 PM
**To:** Uhlenkamp, Colleen - DSPS
**Subject:** Re: Wisconsin Education Requirements

**CAUTION: This email originated from outside the organization.
Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Also, your email indicated there was an attachment. Do you mind forwarding that attachment to me directly? I have not seen that.

Thank you

Megan

—

**Megan Dushin**, MMCP, MMES

Operations Officer & MMCP Liaison

Masterson Equine Services

megan@mastersonmethod.com

(651) 788-6259 (Central Time Zone)

The Masterson Method®

*Improving performance, communication and relationship with your horse*

> On Mar 24, 2023, at 8:59 AM, Megan Dushin <megan@mastersonmethod.com> wrote:
> Understandable. How about Monday at 11am. My phone number is below.
> I am going through the materials now and will have a complete list of questions for you

Hipsman Ex. H

when we talk, and/or I may be emailing them by the end of today.
Thank you
Megan

—

**Megan Dushin**, MMCP, MMES
Operations Officer & MMCP Liaison
Masterson Equine Services
megan@mastersonmethod.com
(651) 788-6259 (Central Time Zone)

The Masterson Method®
*Improving performance, communication and relationship with your horse*

> On Mar 24, 2023, at 8:57 AM, Uhlenkamp, Colleen - DSPS
> <Colleen.Uhlenkamp@wisconsin.gov> wrote:
> Megan:
> Thank you for your response. Unfortunately, I am in meetings all day and
> will not be able to schedule a phone call with you. Please feel free to send
> any questions you may have via email. Otherwise, I have some available
> time to talk on Monday between 10:00 am and 3:00 pm.
> Sincerely:
> Colleen Uhlenkamp
> School Administration Consultant
> State of Wisconsin | Department of Safety and Professional Services
> Educational Approval Program
> 4822 Madison Yards Way; P.O. Box 8366
> Madison, WI 53705
> (P) 608.266.1996
> (D) 608.266.3185
> Colleen.Uhlenkamp@wisconsin.gov
>
> **From:** Megan Dushin <megan@mastersonmethod.com>
> **Sent:** Friday, March 24, 2023 8:54 AM
> **To:** Uhlenkamp, Colleen - DSPS <Colleen.Uhlenkamp@wisconsin.gov>
> **Subject:** Fwd: Wisconsin Education Requirements
> **Importance:** High
> **CAUTION: This email originated from outside the organization.**
> **Do not click links or open attachments unless you recognize the sender**
> **and know the content is safe.**
> Ms. Uhlenkamp,
> My name is Megan Dushin and I am the Operations Officer for Masterson
> Equine Services. We received your notification of the WI Education
> Requirements. I have some questions and would like to connect by phone.
> I'm available today, Friday March 24 until 3pm.
> Please let me know when is a good time for you to talk. I may also just

Hipsman Ex. H

reach out and call you, if that's OK.
Thank you
Megan

—

**Megan Dushin**, MMCP, MMES
Operations Officer & MMCP Liaison
Masterson Equine Services
megan@mastersonmethod.com
(651) 788-6259 (Central Time Zone)

The Masterson Method®
*Improving performance, communication and relationship with your horse*

---

**From:** Uhlenkamp, Colleen - DSPS
<Colleen.Uhlenkamp@wisconsin.gov>
**Sent:** Wednesday, March 22, 2023 9:00 AM
**To:** seminars@mastersonmethod.com
**Subject:** Wisconsin Education Requirements
**Importance:** High

It has been brought to the attention of the Wisconsin Educational Approval Program (EAP) that institution has begun the preparations to offer an Advanced 5-day equine therapy course in Wisconsin. The following information provides an overview of the State of Wisconsin's school approval process and should assist as you decide whether or not you would like to offer your training in Wisconsin. Under Wis. Stat. § 440.52(2), the EAP is tasked with protecting consumers by approving and supervising private, postsecondary schools that offer occupational training and educational programs to Wisconsin residents. Under Wis. Stat. § 440.52(2), "[t]he department shall protect the general public by inspecting and approving private... schools doing business within this state, whether located within or outside this state..." While approval authority in other states may differ, Wisconsin law defines the EAP's authority based on the residence of the student rather than the location of the institution. Therefore, unlike many states, institutions do not need to have physical presence in Wisconsin nor do they need to be degree granting to trigger the need for approval by the EAP. As such, institutions with offering online and on ground educational or occupational training must obtain EAP approval if they enroll students from the state of Wisconsin. You can find a list of all EAP regulated schools that provide

Hipsman Ex. H

occupational or educational training to Wisconsin residents on our Website (https://dspseap.wi.gov/resources/schoolsprograms.asp). The EAP has a comprehensive School and Program Approval Guide that discusses the approval process (https://dsps.wi.gov/Documents/EASchoolAndProgramApprovalGuide.pdf). The application forms (https://dsps.wi.gov/Pages/Programs/EducationalApproval/Default.aspx) and fees (https://dsps.wi.gov/Documents/EAApplicationFees.pdf) will all be helpful tools you will want to become familiar with. **Please do not complete or submit any forms at this time.**

One particular piece that may require focused efforts is the academic catalog so I've attached a catalog checklist that details each of the Wisconsin-specific requirements. Please note that every item should be included in your catalog (rather than referring to attached items). That said, you may wish to include a Wisconsin-specific catalog addendum to address some of these state requirements. For example, Wisconsin prescribes refund policy requirements that must be implemented but many schools would rather not broadly apply such polices to students outside the state of Wisconsin.

Once you are able to review the above-mentioned materials and make a decision about pursuing approval, you'll first need to bring your academic catalog into compliance with EAP requirements. If you are agreeable to that approach, I'm happy to provide some example catalogs, language, and guidance so you can hit the ground running. Once the catalog complies we will set up a meeting to discuss the application process and forms in more detail.

I hope this is helpful as you plan for your next steps. The process is rigorous by design but I will work with you to streamline where possible so we can work as efficiently as possible. Let me know if you have any questions along the way.

Sincerely:

Colleen Uhlenkamp

School Administration Consultant

State of Wisconsin | Department of Safety and Professional Services

Educational Approval Program

4822 Madison Yards Way; P.O. Box 8366

Madison, WI 53705

(P) 608.266.1996

Hipsman Ex. H

(D) 608.266.3185
Colleen.Uhlenkamp@wisconsin.gov

Hipsman Ex. H

# SCHOOL CATALOG CHECKLIST

EAP Form 1.05 (Rev. 10/22)



**STATE OF WISCONSIN**
**EDUCATIONAL APPROVAL PROGRAM**
**P.O. BOX 8366**
**MADISON, WI 53708-8366**
**(608) 266-1996**

Under *Wis. Admin. Code s. SPS 404.03 (2)*, every school is required to have a catalog. This checklist must accompany a proposed catalog as part of a new school application or a proposed catalog revision for an already approved school.

## I. GENERAL INFORMATION

Name of School:

Date of publication, volume number, or other identifying data:

Page: _____ The school name as it will appear on the school's application for approval.

Page: _____ Date of publication, volume number, or other identifying data.

Page: _____ The school's mission statement.

Page: _____ A statement that the school provides equal opportunity for all persons regardless of age, race, creed, disability, sex, religion, sexual preference, or political affiliation.

Page: _____ A description of the school's facilities and equipment.

Page: _____ Name of school owner(s) or controlling entity.

Page: _____ Names of chief school administrator and of the administrator for each teaching location.

Page: _____ Dates of all holidays and vacation periods during which the school does not provide instruction.

Page: _____ Names of all faculty members and qualifications.

Page: _____ A description of the school's self-evaluation process. Evaluations shall include student, alumni and employer feedback on the effectiveness of the curriculum.

## II. ADMISSIONS AND ENTRANCE REQUIREMENTS

Page: _____ A description of the school's admission policies and entrance requirements (high school diploma, GED, age, specific training, etc.).

Page: _____ Additional entrance requirements for specific programs, if applicable.

Page: _____ A description of the training the school will provide and how a student will benefit from this training.

Page: _____ A statement regarding the school's admission policy on enrolling ability-to-benefit students, if applicable.

Page: _____ A statement describing how a student is accepted and notified of acceptance.

Page: _____ The school's application deadline.

Page: _____ The beginning and ending dates for each session or term.

## III. ADVANCED STANDING

Page: _____ A statement describing the school grants advanced standing for prior education and training.

Page: _____ If the school does offer advanced standing, information telling a student what proof they will need (transcripts, letters of reference, etc.) and how the school will determine whether credits will transfer.

Hipsman Ex. H

Page: _____ The effect advanced standing has on their program cost and length.

Page: _____ (If applicable) If the school measures its program in vocational credits, a disclosure stating the school does not award a degree to students who complete the program.

## IV. STUDENT PROGRESS

Page: _____ The school's grading or progress system.

Page: _____ The school's required grades or other criteria required for satisfactory progress.

Page: _____ The school's required grades or other criteria required for satisfactory completion of the program.

Page: _____ A description of how and when students receive their grades or progress reports.

## V. STUDENT RECORDS

Page: _____ Description of student records the school maintains while a student is enrolled and after a student is no longer enrolled. Student records retained must minimally include student contact information, dates and records of attendance, progress and grade reports, enrollment agreement or other instrument related to payment of services, date of completion or termination and the reason(s) thereof, and any student grievances/resolution.

Page: _____ The length of time that student records are kept after a student leaves (State law requires a minimum of at least 6 years. Student transcripts are to be kept permanently).

Page: _____ A description of how the school maintains confidentiality.

## VI. ACADEMIC PROBATION, DISMISSAL AND READMITTANCE

Page: _____ The school's policy regarding whether a probationary period is given for unsatisfactory grades or progress.

Page: _____ The specific criteria which results in a student being placed on probation.

Page: _____ The length of the probationary period.

Page: _____ The criteria for readmittance from probation.

Page: _____ The school's policy regarding whether a student is dismissed for unsatisfactory grades or progress.

Page: _____ The specific criteria which results in a student being dismissed.

Page: _____ The appeals process and the conditions for readmittance if a student is dismissed.

## VII. STUDENT CONDUCT

Page: _____ A description of what type of conduct is expected of students and what type of conduct will not be tolerated.

Page: _____ A statement on whether your school dismisses students for unsatisfactory conduct.

Page: _____ The appeals process and the conditions for readmittance if a student is dismissed.

## VIII. LEAVE OF ABSENCE

Page: _____ Your school's policy on whether or not it grants leave of absence.

Hipsman Ex. H

Page: _____ The specific conditions when a leave is granted.

Page: _____ Any limitations on the time limit of a leave of absence

## IX. ATTENDANCE

Page: _____ The school's policy on types of absences, if distinguished, such as excused, unexcused, full day, part day or class absences.

Page: _____ The standards the school uses to determine the way absences are recorded.

Page: _____ A statement on how the school will handle assigning and grading of make-up work due to absences.

Page: _____ The school's policy on the consequences of unsatisfactory attendance (e.g. probation, dismissal) and its policy on readmittance.

Page: _____ How the school maintains records for attendance.

## X. TARDINESS

Page: _____ The school's definition of tardiness (e.g., ten minutes late).

Page: _____ How tardiness affects attendance (e.g., two tardies equal one unexcused absence).

## XI. STUDENT COMPLAINTS

Page: _____ The school's procedure for handling student complaints.

Page: _____ Other ways the school handles student concerns.

Page: _____ Who students can contact if complaints are not satisfactorily resolved with the school (must contain EAP contact information, including address, phone number, e-mail, and website).

## XII. TUITION AND FEES

Page: _____ A schedule of all charges the school is going to assess a student.

Page: _____ A statement on whether the school permits or requires installment payments and the conditions of these installments.

Page: _____ A statement regarding whether books, materials and supplies must be purchased from the school.

## XIII. CANCELLATION AND REFUNDS

Page: _____ Explanation of withdrawal/cancellation policy that includes the following:
- A description of the three-business-day cancellation.
- A statement notifying students who utilize the cancellation privilege that a full refund will be made in 10 business days.

Page: _____ The refund policy the school will follow under EAP rules (check one):

☐ *Wis. Admin. Code s. SPS 408.04* (no refund – fixed class schedule for program shorter than six days and costing less than $150)

☐ Wis. Admin. Code s. SPS 408.05 (partial refund)

Hipsman Ex. H

Page: _____ Disclosure of appropriate provisions regarding when a student is deemed to have provided constructive notice of withdrawal. It is also required that there be:

- **No** language requiring or implying that the student must provide a written notice of withdrawal
- **No** language requiring or implying that the student must ask the school to issue a refund

Page: _____ A statement in accordance with *Wis. Admin. Code s. SPS 408.05(3)* notifying students that they will receive their refund within 40 days after dismissal or notification of withdrawal

## XIV. PROGRAM CURRICULUM

Page: _____ A listing of all titles of subjects or units for each program curriculum.

Page: _____ The educational objectives of each program.

Page: _____ The time spent on each subject, course, unit and/or topic.

Page: _____ How the time is broken out either by clock or credit hours, lessons per program or some combination.

Page: _____ A brief description of each course, subject, topic or unit.

## XV. EMPLOYMENT SERVICES

Page: _____ A statement indicating the type of employment services the school intends to offer:

- None.
- Employment Advisory Services (refer to *Wis. Admin. Code s. SPS 409.05* for definition of these services).
- Placement Services (refer to *Wis. Admin. Code s. SPS 409.02* for the minimum requirements which must be met to offer these services).

Page: _____ A statement describing the nature and extent of services offered.

Page: _____ A statement that the school does not guarantee employment.

Page: _____ A statement that student referrals to prospective employers are not based on direct contact with the employer regarding current job openings.

## FOR EAP USE ONLY

Name of Reviewing Consultant: 

☐ Complying ☐ Non-Complying/Needs Revision

Date of Review:

Notes/Comments:

Hipsman Ex. H