Megan:

While you are working on preparing questions, you NEED to discontinue advertising for, recruiting, enrolling, or attempting to offer any training to Wisconsin residents. This includes NOT being able to offer the April 29-30 training your website is promoting. If this class continues, I will be required by law to report your institution to State legal counsel and under Wis. Stat. § 440.52(12)(d) the State may fine the school $500 per day for every day you have been operating out of compliance in Wisconsin.

Sincerely:

Colleen Uhlenkamp

School Administration Consultant

State of Wisconsin | Department of Safety and Professional Services

Educational Approval Program

4822 Madison Yards Way; P.O. Box 8366

Madison, WI 53705

(P) 608.266.1996

(D) 608.266.3185

Colleen.Uhlenkamp@wisconsin.gov

**From:** Megan Dushin
**Sent:** Monday, March 27, 2023 11:07 AM
**To:** Uhlenkamp, Colleen - DSPS
**Subject:** Re: Phone Call per School Request w/ Masterson Equine Services

**CAUTION: This email originated from outside the organization.**
**Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Colleen,

Perhaps you did not see my email. I emailed in a different thread.

I apologize but need to reschedule this session. I'll be in touch.

Thank you

Megan

—

**Megan Dushin**, MMCP, MMES

Operations Officer & MMCP Liaison

Masterson Equine Services

megan@mastersonmethod.com

(651) 788-6259 (Central Time Zone)

The Masterson Method®

*Improving performance, communication and relationship with your horse*

Hipsman Ex. I

On Mar 27, 2023, at 11:05 AM, Uhlenkamp, Colleen - DSPS
<Colleen.Uhlenkamp@wisconsin.gov> wrote:

Megan:

I have been waiting in the below conference call line for the past five (5) minutes. Do
you plan to participate today in the call you requested? I will wait until 11:10 and then I
will be logging off to attend to other school matters.

Sincerely:

Colleen Uhlenkamp

School Administration Consultant

State of Wisconsin | Department of Safety and Professional Services

Educational Approval Program

4822 Madison Yards Way; P.O. Box 8366

Madison, WI 53705

(P) 608.266.1996

(D) 608.266.3185

Colleen.Uhlenkamp@wisconsin.gov

**From:** Megan Dushin <megan@mastersonmethod.com>
**Sent:** Friday, March 24, 2023 9:33 AM
**To:** Uhlenkamp, Colleen - DSPS <Colleen.Uhlenkamp@wisconsin.gov>
**Subject:** Re: Phone Call per School Request w/ Masterson Equine Services

**CAUTION: This email originated from outside the organization.**
**Do not click links or open attachments unless you recognize the sender and know
the content is safe.**

Great. Thank you.

Megan

—

**Megan Dushin**, MMCP, MMES
Operations Officer & MMCP Liaison
Masterson Equine Services
megan@mastersonmethod.com
(651) 788-6259 (Central Time Zone)

The Masterson Method®
*Improving performance, communication and relationship with your horse*

On Mar 24, 2023, at 9:29 AM, Uhlenkamp, Colleen - DSPS
<Colleen.Uhlenkamp@wisconsin.gov> wrote:

_____

_____

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**

Hipsman Ex. I

**Click here to join the meeting**

Meeting ID: 275 175 887 573
Passcode: H8Teak
Download Teams | Join on the web

**Or call in (audio only)**

+1 608-571-2209,,124365055# United States, Madison

Phone Conference ID: 124 365 055#
Find a local number | Reset PIN

Learn More | Meeting options

_____

_____