| | |
|---|---|
| **From:** | Uhlenkamp, Colleen - DSPS |
| **To:** | "jim@mastersonmethod.com" |
| **Cc:** | "Megan Dushin" |
| **Subject:** | RE: Masterson Method - Wisconsin Education Requirements |
| **Date:** | Friday, April 21, 2023 3:22:00 PM |
| **Attachments:** | 1.05 School Catalog Checklist.pdf |

Jim:

Upon review of the provided materials as well as the school's marketing on its website and social media, the EAP has determined that the school's programs are not avocational or recreational in nature as they are also being offered and marketed to therapists and trainers who would utilize the materials learned from the program for occupational purposes. As such, if your institute wants to be able to offer this course in Wisconsin and/or to Wisconsin residents, it will need to first obtain EAP approval.

The first step in obtaining EAP approval is to have a school catalog that is compliant with Wisconsin law. I've attached a catalog checklist that details each of the Wisconsin-specific requirements. Please note that every item should be included in your catalog (rather than referring to attached items). That said, you may wish to include a Wisconsin-specific catalog addendum to address some of these state requirements.

Sincerely:

Colleen Uhlenkamp

School Administration Consultant

State of Wisconsin | Department of Safety and Professional Services

Educational Approval Program

4822 Madison Yards Way; P.O. Box 8366

Madison, WI 53705

(P) 608.266.1996

(D) 608.266.3185

Colleen.Uhlenkamp@wisconsin.gov

**From:** jim@mastersonmethod.com
**Sent:** Friday, April 14, 2023 12:32 PM
**To:** Uhlenkamp, Colleen - DSPS
**Cc:** 'Megan Dushin'
**Subject:** RE: Masterson Method - Wisconsin Education Requirements

**CAUTION: This email originated from outside the organization.**
**Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Colleen,

Please find attached the Beyond Horse Massage Weekend Seminar Student Workbook and Seminar Outline for Instructors.

Additionally, it has come to our attention that since the courses are approved through the National Certification Board for Therapeutic Massage and Bodywork (NCBTMB) (we are provider # 451389-10) we may already be approved in the State of Wisconsin, as per MTBT 7.03 Acceptable continuing education activities. For instance, the Beyond Horse Massage Weekend Seminar is approved for 14 CE hours and the Advanced 5-Day Course for 32 CE hours.

Hipsman Ex. J

We look forward to your reply.

Jim

**From:** Uhlenkamp, Colleen - DSPS <Colleen.Uhlenkamp@wisconsin.gov>
**Sent:** Wednesday, April 12, 2023 12:21 PM
**To:** jim@mastersonmethod.com
**Cc:** 'Megan Dushin' <megan@mastersonmethod.com>
**Subject:** RE: Masterson Method - Wisconsin Education Requirements

Jim:

Thank you for your response and from removing the Wisconsin programs from your website. The Advanced 5-Day Course was referenced because that happened to be the specific course I saw online that day. Insofar as any other potential programs in Wisconsin, if you have a program that you think meets one of the regulatory exemptions under Wis. Stat. § 440.52(1)(e)., such as being avocational in nature, then you are still required to first send me all documentation you have regarding program curriculum, student handbook, training materials, etc. for a compliance review. The avocational determination is one at this point that would need to be made by the EAP, given the nature of your school, and not by the school.

Sincerely:

Colleen Uhlenkamp

School Administration Consultant

State of Wisconsin | Department of Safety and Professional Services

Educational Approval Program

4822 Madison Yards Way; P.O. Box 8366

Madison, WI 53705

(P) 608.266.1996

(D) 608.266.3185

Colleen.Uhlenkamp@wisconsin.gov

**From:** jim@mastersonmethod.com <jim@mastersonmethod.com>
**Sent:** Wednesday, April 12, 2023 12:10 PM
**To:** Uhlenkamp, Colleen - DSPS <Colleen.Uhlenkamp@wisconsin.gov>
**Cc:** 'Megan Dushin' <megan@mastersonmethod.com>
**Subject:** RE: Masterson Method - Wisconsin Education Requirements

**CAUTION: This email originated from outside the organization.**
**Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hello Colleen,

Thanks for your prompt response. While we consider our next steps forward, as per your email on April 7 (to "discontinue advertising for, recruiting, enrolling, or attempting to offer any training to Wisconsin residents"), we have removed advertising for all of our courses in Wisconsin from our website.

However, in all of your communications, you have referenced the Advanced 5-Day Course or the Certification Completion Course. We are expecting that our introductory seminars (e.g., Light to the Core Seminar and Beyond Horse Massage Weekend Seminar)—which clearly target all horse owners for recreational purposes—are exempt from EAP oversight, and therefore may be posted to the website. Can you please clarify?

Hipsman Ex. J

Kind Regards,
Jim Masterson

**From:** Uhlenkamp, Colleen - DSPS <Colleen.Uhlenkamp@wisconsin.gov>
**Sent:** Monday, April 10, 2023 8:42 AM
**To:** jim@mastersonmethod.com
**Cc:** 'Megan Dushin' <megan@mastersonmethod.com>
**Subject:** RE: Masterson Method - Wisconsin Education Requirements

Jim:

Thank you for your response. I disagree with your assessment that the Advanced 5-Day Course that you intend to offer in Wisconsin does not have an occupational objective. Your own website states that it is a required course for those interested in those interested in becoming a Masterson Method Certified Practitioner. Given this language alone, it is clear that this program very much has an occupational objective and is not strictly avocational or recreational in nature. If you still disagree with my assessment, you are invited to send me all documentation you have regarding program curriculum, student handbook, training materials, etc. to be further reviewed.

While you consider your next steps, please know that Wis. Stat. § 440.52(12)(d) authorizes the EAP to fine a school $500 per day for every day they have been operating out of compliance.

Sincerely:

Colleen Uhlenkamp

School Administration Consultant

State of Wisconsin | Department of Safety and Professional Services

Educational Approval Program

4822 Madison Yards Way; P.O. Box 8366

Madison, WI 53705

(P) 608.266.1996

(D) 608.266.3185

Colleen.Uhlenkamp@wisconsin.gov

**From:** jim@mastersonmethod.com <jim@mastersonmethod.com>
**Sent:** Sunday, April 9, 2023 9:18 PM
**To:** Uhlenkamp, Colleen - DSPS <Colleen.Uhlenkamp@wisconsin.gov>
**Cc:** 'Megan Dushin' <megan@mastersonmethod.com>
**Subject:** Masterson Method - Wisconsin Education Requirements

**CAUTION: This email originated from outside the organization.**
**Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Dear Ms. Uhlenkamp,

I am in receipt of your emails of March 22 and April 7, 2023. We have removed the Wisconsin courses from our website as per your instructions until this matter is resolved.

We have been offering Masterson Method courses to horse owners and equine professionals for some time, and it came as a surprise to me that you felt that our courses required approval from EAP. I appreciate the importance of the Wisconsin statute Wis. Stat. § 440.52(1), and the EAP's responsibility for protecting consumers by approving private, postsecondary schools. However, looking over the statute it appears that the information and knowledge that I offer to horse owners in my courses is specifically excluded from the definition of a "School" under the statute.

Hipsman Ex. J

Wis. Stat. § 440.52(1) (e) 4 states that:

> (e) "School" means any private trade, correspondence, business or technical school, but does not include any of the following:
>
> 4. Schools primarily offering instruction avocational or recreational in nature and not leading to vocational objective.

Our courses entirely meet the exclusions stipulated in Wis. Stat. § 440.52(1) (e) 4, as we are offering instruction to horse owners that is avocational and recreational in nature. While the knowledge that we provide course participants is rich and deep it is not directed toward the attainment of a professional or a vocational objective that leads to an occupation

Rather, we offer horse owners and equine professionals greater knowledge about the horse; how to understand and read their horse's body language; how to engage in a deeper relationship with their horse and, as a result, how this changed relationship leads to finding and releasing tension in their horse's body. Our courses do not lead to an occupation or vocational objective, but rather a changed relationship between horse and human.

We have created a world-wide community of horse people dedicated to learning these techniques and to networking with others who value the benefits of The Masterson Method. In addition to connecting with horse owners around the world who are interested in our methodology, our seminars are used as continuing education by equine professionals such as massage therapists, veterinarians, chiropractors, farriers , etc. who not only find this knowledge practical and beneficial, but also find value in connecting with the Masterson Method community we have created. Our certification process acknowledges that these horse people and professionals have done the training and demonstrated proficiency in the techniques we teach.

I do demonstrations at Horse Fairs around the country and, as it turns out, will be at the Midwest Horse Fair in Madison at the end of this week demonstrating The Masterson Method, and how the instant level of trust that develops through this interaction with the horse can transform the relationship between horse and human. I would be happy for you to attend one of these demonstrations.

I look forward to discussing with you further what we teach participants in our courses.

Sincerely,

Jim Masterson

Founder of the Masterson Method