# The Masterson Method®

## Integrated Equine Performance Bodywork®



## BEYOND HORSE MASSAGE

### Weekend Seminar Workshop

NAME _____

Hipsman Ex. K

# The Masterson Method®

## Integrated Equine Performance Bodywork®

## Weekend Seminar Workshop
## Two-Day Training Clinic

VOLUME IV

SEPTEMBER 2020

Copyright ©2020 Jim Masterson
Masterson Equine Services
123 North Main #5   Fairfield, IA 52556 PH: 641.472.1312
www.mastersonmethod.com    EMAIL: seminars@mastersonmethod.com

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage or retrieval system, without permission in writing from the author.

www.mastersonmethod.com
email: seminars@mastersonmethod.com

This bodywork is intended to enhance performance in the healthy horse. It is not meant to treat any type of disease or as a substitute for veterinary care or treatment. If you are in doubt about the physical health of your horse please consult your vet.

Therapists should be aware of the laws of their state concerning equine massage and alternative therapies.

Anyone practicing equine massage or bodywork should be aware of the inherent risks associated with all equine activities, including the exercises described in this manual.

Masterson Equine Services is an approved provider for the National Certification Board for Therapeutic Massage and Bodywork (NCBTMB). This training clinic has been approved for 14 credit hours of continuing education. Masterson Equine Services Provider Number 451389-10

The Masterson Method® is approved for the National Board of Certification for Animal Acupressure and Massage for 14 credit hours of continuing education.



   

Layout & design—Gari Thompson

Hipsman Ex. K

# The Masterson Method®

## Integrated Equine Performance Bodywork®



## BEYOND HORSE MASSAGE

**Weekend Seminar Workshop**

Hipsman Ex. K

Hipsman Ex. K

# Table of Contents

### introduction

What is the Masterson Method®? . . . . . . . . . . . . . . . . . . . . . . 1
Key junctions of the body that most affect performance . . . . . . . . . . 2
    Defined levels of touch . . . . . . . . . . . . . . . . . . . . . . 3
    Responses and releases . . . . . . . . . . . . . . . . . . . . . . . . 4
Yielding and using sense of feel while handling the horse. . . . . . . . . . 6
    Exercises to understand the principle of nonresistance . . . . . . . . 7
Where to start . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Symmetry and asymmetry in the horse. . . . . . . . . . . . . . . 8
Connecting touch to response (Search-Response-Stay-Release) . . . . . . . 9

### I. The Bladder Meridian

Connecting and communicating with your horse . . . . . . . . . . . . .11
The Bladder Meridian—other tips . . . . . . . . . . . . . . . . . . . .12

### II. The Poll-Atlas Junction

Technique 1: Lateral Cervical Flexion. . . . . . . . . . . . . . . . . . .13
Technique 2: Head Down . . . . . . . . . . . . . . . . . . . . . . . . .16
Technique 3: Head Up . . . . . . . . . . . . . . . . . . . . . . . . . .18
Technique 4: Tongue–Hyoid Release. . . . . . . . . . . . . . . . . . . .22

### III. Neck-Shoulders-Withers Junction

Scapula Releases . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
    Technique 1: Scapula Release Down and Back. . . . . . . . . . . . .24
    Technique 2: Scapula Release Down and Forward . . . . . . . . . . .26
    Technique 3: Under the Scapula Release . . . . . . . . . . . . . . .27
    Technique 4: Withers Wiggle . . . . . . . . . . . . . . . . . . . . .28

### IV. Hind End Junction — The pelvis area

The pelvis area . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29
Working on the Hind End from the Top . . . . . . . . . . . . . . . . . .30
    Technique 1: Hind End Release Points . . . . . . . . . . . . . . . .30
    Technique 2: Sacrum Float. . . . . . . . . . . . . . . . . . . . . .31
Working on the Hind End from the Bottom . . . . . . . . . . . . . . . .32
    Technique 3: Hind Leg Release Down and Forward . . . . . . . . . . .32
    Technique 4: Hind Leg Release Down and Back . . . . . . . . . . . .34

### V. Working toward the middle — The horse's back

Lateral Rocking Technique . . . . . . . . . . . . . . . . . . . . . . . .37

### VI. Final Notes

Frequently asked questions . . . . . . . . . . . . . . . . . . . . . . .39
Contraindications to bodywork . . . . . . . . . . . . . . . . . . . . . .41
About Jim Masterson . . . . . . . . . . . . . . . . . . . . . . . . . .43
Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44

Hipsman Ex. K

Hipsman Ex. K

# Introduction

## What is the Masterson Method®?

The Masterson Method® is an interactive method of bodywork in which we learn to:

1. Recognize and use the responses of the horse to our touch, so that we can:
2. Find and release accumulated tension in key junctions of the body that most affect performance.

In contrast to most traditional modalities, this method enables the horse to actively participate in the process of releasing tension. It is something you do *with* the horse rather than *to* the horse. In fact, if you do not allow the horse to participate, this method doesn't work!

This bodywork was developed to improve performance in equine athletes competing in high-demand environments. The intuitive and interactive nature of this work not only helps improve performance, but also gives you access to a new level of communication with the horse.

### THIS IS AN INTEGRATED METHOD OF BODYWORK

It is integrated in the sense that when you follow the horse's responses, you'll find the horse guiding you to different bodywork modalities that you may or may not have already known how to use.

It's also integrated in that the process of integrating feedback (responses) from the horse to any modality will make that modality more effective. Another tool for the toolbox.

### THIS IS A RESULTS-ORIENTED METHOD OF BODYWORK

The results are both visual and palpable:

1. You get results real-time in the visual responses of the horse as he releases tension.
2. You get results with improvement in performance, suppleness, mobility, and comfort after the work is done.
3. Another important result is the immediate bond of trust that develops as a result of this cooperation.

### THIS IS A PRACTICAL, HANDS-ON APPROACH

- You can begin using what you learn immediately.
- You do not need extensive knowledge of anatomy or massage to begin using the basic techniques.
- The horse will teach you the principles of touch and response from the very beginning.

### WHAT YOU WILL LEARN THIS WEEKEND

We will teach you the basic techniques and how to follow what the horse is telling you both visually and palpably (through feel).

Once you learn the techniques and how to follow the responses, the horse will let you know where he is storing tension and when it is released.

The results are real-time.

1

Hipsman Ex. K

# Key junctions of the body that most affect performance

In the Masterson Method® of bodywork, we learn to recognize and use the responses to our touch as a way to find and release accumulated tension in key junctions of the body that most affect performance.

Repetitive work, pain, lameness, or compensation for any discomfort can cause tension patterns to develop in muscles and connective tissues that can restrict movement in joints and major junctions of the body. This accumulated tension and restricted movement can negatively affect the horse's comfort and performance and can also result in perceived behavior problems or a loss of willingness. These tension patterns can themselves eventually contribute to lameness.

Even after the primary cause of lameness is removed, the compensatory tension patterns and restriction often remain. A point has been reached where the horse cannot completely release this tension without help.

In the Masterson Method® we begin by focusing on the three key junctions of the body that most affect performance. These are:

| POLL-ATLAS JUNCTION | NECK-SHOULDER-WITHERS JUNCTION (Cervical-thoracic junction) | HIND-END JUNCTION (Sacroiliac-sacrolumbar junction) |
|---|---|---|

When tension is released in any of these key junctions, tension is also released in muscles and connective tissue in the surrounding areas of that junction and often in more remote areas of the horse's body.

The most important junction for overall mobility and comfort in the horse is the poll. In my experience, tension, pain, or discomfort anywhere in the horse's body shows up as tension in the poll.

The other two main junctions are where the horse's limbs join the body. It makes sense that forces exerted by the horse's limbs, as well as concussion during movement, transfer to the body here. When tension patterns begin to accumulate unilaterally, meaning more to one side than the other, forces are exerted in an unbalanced manner. This can cause performance problems in bending, lead change, and movement. This potential imbalance applies to all three main junctions.

Hipsman Ex. K

# Defined levels of touch

One of the distinctions between the Masterson Method® and traditional massage is the role the horse plays in the process. In traditional massage, we are trained with our hands to find and then "go to work" on tension, adhesions, etc. in the muscle, using levels of pressure that will break up these anomalies.

With the Masterson Method® we listen to what the horse's body has to say and adjust our pressure (or non-pressure) to get the result we want—a release from the horse. If there is any question about whether we are using the correct amount of pressure, the answer almost always is "less is more."

The levels of pressure we use can range from almost nothing to about as much pressure as you can apply, depending on what the horse is telling you. In some cases you may be hovering over an area and barely touching, or you could be pushing about as hard as you can.

To avoid the use of technical terms (pounds-per-square-inch, etc.) to describe what level of pressure to use in a particular exercise and to make it easy to visualize, we have developed the more palpable descriptions below (that suspiciously, as someone pointed out, have mostly to do with food). The key is to let the horse's initial response, or lack of response, tell you if you are using too much pressure.

The following five terms are used to describe the different levels of pressure we apply during body-work exercises in the Masterson Method®:

| Air Gap | Egg Yolk | Grape | Soft Lemon | Hard Lime |
|---|---|---|---|---|
| Barely touching the surface. If you were to run your hand lightly down your arm you would be barely brushing across the hairs on your arm. | The amount of pressure it would take to barely indent a raw egg yolk with your fingertip. Break an egg into a bowl to see how light this actually is. | The amount of pressure it would take to indent a ripe grape. | The amount of pressure it would take to squeeze a soft, ripe lemon. | The amount of pressure it would take to squeeze a hard, unripe lime. |

It's easy to misjudge how much pressure you are using with these techniques. This can easily happen when you are first learning the techniques and your focus is on your body position and where to place your hands.

*The level of touch you use is the single most important thing that will determine the level of success you will have!*

If there is any question about the level of touch you are using, the answer almost always is that "less is more!"

Hipsman Ex. K

# Responses and releases

Below are the visual responses we are looking for. They range from the subtlest responses to more obvious ones.

## SUBTLE RESPONSES

These are usually responses that tell you that you are on an area of tension that the horse is blocking, and that you are successfully using a level of pressure that is bypassing the horse's bracing-survival response.

- Blinking or twitching of the eye
- Twitching or quivering of the lips
- Sighing or letting out a deep breath
- Change in breathing—holding breath, breathing faster
- Softening of the eye or facial expression.

## SMALL RELEASES

These are responses that usually indicate some level of a release of tension.

- Licking and chewing
- Fussing or fidgeting
- Shifting weight from leg to leg, or resting a leg or legs.

## LARGER RELEASES

These are responses that indicate a release of tension.

- Snorting or sneezing (especially repeatedly), and sometimes grunting
- Shaking the head and body, "shaking loose"
- Yawning (especially repeatedly)
- Rolling back of the second eyelid
- Self-stretching and flexing.

Hipsman Ex. K

# Some notes and correlations on different responses

| | |
|---|---|
| **Licking and chewing** | Many horse trainers use licking and chewing as an indication of yielding or submitting in a social or herd context. It has a similar significance, in the neurological context, of letting go, yielding, or releasing. |
| **Snorting or sneezing** | In warming up for work, many dressage riders recognize that the horse has loosened up in the back or has warmed up enough to begin working when he drops his head and sneezes or snorts during warm-up. |
| **Stretching and flexing** | While working on the horse we will often step back at regular intervals or when we feel the horse has released some tension to see what he has to say. Often he will take a couple of seconds to feel what is going on in his body, then reach around and scratch his foreleg or flank with his nose. We will step up and do some more work, then step back, to see what he has to say, and he'll reach around a little farther to scratch his hip or rump. We'll do a little more work, then step back and the horse will reach around even farther and with his hind hoof scratch behind the ear. This happens too often to be just coincidence. It's apparent that as the horse feels a release of restriction, he will reach around and stretch or flex the area that has released. |
| **Repeated yawning and rolling back of the second eyelid** | This is the biggest indicator of a large release of tension. |
| **The importance of fidgeting** | Often when you are running your hands slowly over the horse and he is standing quietly, he will begin to fidget, move, or step away. This is a sign that he is about to release. When this happens, gently keep your hands on him a little longer, even if you have to take a few steps to follow him. He will almost always release just after fidgeting.<br><br>Fidgeting is a response *(see page 4)*. Look for this correlation between fidgeting and releasing. This applies also to exercises where you are holding or moving the head, neck, or legs. Just before the release, the horse will often want to get out of the position. This means the release is about to take place or has already happened. |

Hipsman Ex. K

# Yielding and using sense of feel while handling the horse

When using these techniques, you will be asking the horse to move his head, neck, legs, and body in ways and positions that facilitate relaxation and release of tension. Asking for movement is the same as using touch and response. However, you will also be feeling for *palpable responses*—using your hands to feel for resistance and yielding—as well as *visual responses.*

### THE PRINCIPLE OF NONRESISTANCE

How we ask the horse to move is fundamental to the success of this method. If the horse is not in a relaxed state when we ask for movement, he is, in a sense, bracing as he moves. "Ask" is the key word here. When we ask the horse to bend his nose toward us, for example, and he resists, our first impulse is to pull harder to make him bend toward us. *If you react to the resistance by countering it, the horse will continue to resist, tense, or brace.* Even if he is still bringing his head toward us, the horse is still to some degree resisting, tensing, or bracing as he is moving.

*Applying the principle of nonresistance, when the horse resists we soften our hand slightly. When he feels us stop pulling, he lets go, and we then continue the movement.* If we give the horse nothing to resist, he stops resisting, and we immediately continue on with our move.

### ANOTHER EXAMPLE

When we pick up the horse's foot and he pulls away, our first intuitive reaction may be to pull back. If we keep pulling, this will cause him to continue to pull away. However, if we yield or go with him just slightly, he will yield and relax. This doesn't mean we let go; we only soften, or temporarily yield to the resistance. Then we immediately ask him to continue with the movement. This may not make sense right now, but we'll be trying it out on a horse soon.

### NOTE

If the horse is resisting because there is an injury or excessive pain in that area, then he will continue resisting in order to protect it. In either case, when we meet resistance we soften. If the horse adamantly refuses to relax there may be another reason—excessive pain or injury. If there is an injury the horse may need veterinary attention or time to heal.

Hipsman Ex. K

# Exercises to understand the principle of nonresistance

## 1. ASKING THE HORSE TO MOVE FORWARD AND BACK

When using a lead rope to ask the horse to move forward, you can pull him forward with mechanical force or you can use the principle of nonresistance: Apply a very gentle pressure (the slightest pressure possible) to the lead rope. As the horse yields the slightest bit (moving his nose forward slightly or even shifting his weight), release pressure and immediately ask again for another yield.

*Ask, release, ask, release.* You can ask a little more each time until he shifts his weight completely and takes a step.



*Asking the horse to move forward with the slightest pressure*

## 2. ASKING THE HORSE TO MOVE THE HIND END TO STEP TO THE SIDE

Use the same concept to ask the horse to move the hind end. Apply slight pressure with your fingers to the rump or hip. When there is the slightest yielding, soften your pressure and ask again. Resist the temptation to push harder if the horse doesn't shift his weight. Just keep asking lightly until he shifts weight or steps over. Often, the harder you push, the harder the horse pushes back. This is also a good demonstration of how this principle works, but without the desired result of the horse yielding to the slightest pressure.

Each time he shifts or moves in the direction you are asking, release and then ask again. Soon he will willingly be yielding, relaxing, and releasing to your touch because that is the path of least resistance for him.



*Releasing the pressure when the horse yields*



*Asking the hind end to move to the side with the slightest pressure*



*Releasing pressure the instant the hind end moves*

7

Hipsman Ex. K

# Where to start

# Symmetry and asymmetry in the horse

*In our experience most horses are the same as people in that they are not naturally symmetrical.* Just as most humans have a stronger or predominant side, we find through tension patterns that show up in most horses that horses are the same. We find that eight or nine out of ten horses tend to be tighter behind the right poll, generally a little stiffer in the right upper neck, and tighter in the left sacrum and hindquarter muscles (diagonal). They often bend a little easier to the left and are more comfortable on the left lead.

*So, what does this have to do with where we start work on a horse?* We always start where it is easier for the horse, then work our way to the more difficult areas or to the tighter side. When you release tension on the easier side, it starts the process of releasing tension on the more difficult side. It works better and is easier for the horse— and for you. So, we generally start at the front left quarter.

In addition, the sooner we release tension in the poll and atlas, the easier it is for the horse to relax the rest of the body. So, we generally start on the left front. Then we go to the right front, then the right hind, then the left hind.

There can be exceptions to this "rule." If, when starting work on your horse you find that he carries more tension, or is more uncomfortable or more head-shy on the left side, then start on his easier side; the right side.

Exception: with the Bladder Meridian exercise we start on the left front, if the horse is comfortable there, and go all the way to the left hind ting point, then do the same on the right side.

**① Left front**

**Right front ②**

**④**
**Left Hind**

**③**
**Right Hind**

Hipsman Ex. K

# Connecting touch to response (Search-Response-Stay-Release)

So, you might say, "Horses always blink, yawn, lick their lips, fidget, and sometimes stretch. How do you tell if it is a response or if they are just chewing food, blinking at flies, or scratching an itch?"

The answer is that you are not just looking for these behaviors. You are looking for the *correlation* between what you are doing with the horse that moment and the behavior the horse is giving you in response to what you are doing. That is the key. All it takes is the patience to watch, wait, and see what the horse has to say about it, and the patience and willingness to go slowly and lightly with your touch. Remember—*less is more*.

## Search-Response-Stay-Release

1. **Search**—Softly search with a light touch, closely watching the horse's responses.
2. **Response**—The horse responds to your touch with a blink as you go over a spot or area of tension.
3. **Stay**—Stay *(and stay…and stay…and stay)* on that spot or area, continuing to watch the horse's responses, at a level of pressure that doesn't trigger an internal bracing response in the horse. This may take as little as a second or as long as several minutes.
4. **Release**—The horse shows a response that signals release of tension in this area.

**WE USE THIS PROCESS TO:**

- Find areas of hidden stress or tension (search, response)
- Apply the correct level of touch to enable the horse to release (stay)
- Read the horse's response when a release has occurred (release)

**BY APPLYING THIS PROCESS, THE HORSE TELLS US:**

- Where stress is accumulated
- How much pressure is needed to release it, and
- When it has been released.

This **Search–Response–Stay–Release** process applies when we are practicing techniques using the lightest levels of touch and looking for the subtlest responses. It also applies when we are actually applying movement to key junctions and getting visual and palpable responses.

**THE IMPORTANCE OF GOING SLOWLY**

You must let go of the element of time while doing this or the horse won't respond.

Throw away the clock. In order for the horse to participate in this process, you have to allow him to do so on his own time. You are on the horse's agenda.

Go slowly in the search, watch for a response (a blink of the eye), and when you get one "stay…stay…stay" until you get a release, or until you are sure there is nothing there.

Horses have individual personalities and varied experience with humans. Some will respond readily. Others are more guarded and will give you hardly anything, and after you have walked away they will show the release. But there is almost always some kind of response, and soon you will get good at recognizing even the subtlest change that signifies progress.

9

Hipsman Ex. K

Hipsman Ex. K

# I. The Bladder Meridian

## Connecting and communicating with your horse

### WHERE IS THE BLADDER MERIDIAN?

In Chinese medicine there are twelve primary acupuncture meridians in the body. The bladder meridian is one of the major acupuncture meridians. It has a unique effect on balancing all of the other acupuncture meridians. The bladder meridian runs down each side of the body, about two inches parallel to the topline, and down the side of the hind leg. We use the bladder meridian to begin our work on the horse.

### WHY DO WE USE THE BLADDER MERIDIAN?
(Refer to *Beyond Horse Massage,* pp. 24-32.)

The main reasons we use the bladder meridian:

- It runs basically through the three key junctions we are focusing on.

- It is a major meridian; all of the other meridians connect to or are associated with it.

- It is easy to reach.



The locations of acupressure points and meridians on the horse's body are not exact and differ with each body. The descriptions given here are only a general guide. As we aren't giving an acupressure treatment *per se*, don't worry that you may not be precisely on the meridian.

However, the main reason is that with this technique we learn how to read this particular horse, and this particular horse learns how to read this particular human. It gets us both on the same page. The main thing you want to get from the bladder meridian is the correlation between what you are doing (your touch) and what the horse is doing (the horse's response).

You will get a sense of how a particular horse is going to respond to your touch, and the horse will get an immediate sense of what he can expect from this interaction with you. Along the way the horse will let you know where he is guarding tension, and will begin to release that tension. The most valuable aspect of this technique is the trust that develops between you and the horse as a result of this interaction.

### HOW DO WE USE THE BLADDER MERIDIAN?

**RULE 1    USE SEARCH-RESPONSE-STAY-RELEASE.** When you get a response such as a blink or twitch of the lips, stop moving your hand and rest it there (still air gap pressure!) and wait for a larger release response from the horse. The most common release will be licking and chewing. However, the horse may let out a sigh or start to shift weight from leg to leg as he lets go. Once the horse shows this larger release response, move on.

**RULE 2    GO SOFTLY.** Use "air gap" pressure (or non-pressure), barely touching the horse's hair or skin with your palm or the flats of your fingertips. Run them slowly along the meridian, watching the horse's responses to your touch, especially in the eye and lips.

**RULE 3    GO SLOWLY.** Forget about the clock when doing this exercise with the horse. If you are anticipating or anxious, the horse will sense it. That doesn't mean he won't respond—he has to if you are

Hipsman Ex. K

going slowly enough and softly enough—but it will make your job easier if you are relaxed. Take a deep breath, move your hand very slowly along the meridian, and watch for responses in his eyes and lips.

If you have finished one side of the bladder meridian in less than five minutes, you may need to get the clock back out and slow down a bit.

# The Bladder Meridian—other tips

- If you're not sure if the horse blinked because of you or because of something else, go over that spot again (very lightly) and see if the horse blinks at that same spot. If he does, something's there that needs to be released.

- If your arm gets tired, you can switch hands any time.

- It's okay to go over a spot twice, miss an area, or not get both sides of the whole horse done. That doesn't mean he'll go in circles for the rest of his life. The main goal of this exercise is the connection you're building with the horse and to begin the release process.

- You may stop and hold your hand on a spot at any time if you sense that staying may get a release.

- You can start over or in a different place. You may switch hands, use both hands, stop and begin again, or retrace and go back over an area or spot. Don't worry—if you do this wrong your horse won't self-destruct or start to smoke.

- If you stop, stay, and nothing else happens after getting a subtle response, it's okay. It may mean there was nothing there, or something was there and the horse didn't release it, or the horse released it and didn't show you. It's not the end of the world. Just move on. In most cases the horse didn't want to show you the release and will release after you've moved on.

  One thing is for sure: when you get a subtle response and stay long enough with a light touch, the horse will have to release! He has no choice.

**LOCATION OF TING POINTS**

(Refer to *Beyond Horse Massage,* p. 27 for Ting Points.)

The termination of the meridian on the coronary band is called a Ting Point in Chinese medicine. There are six Ting Points on each foot. Each is the termination point of a different meridian. They are located around the coronary band.

The Bladder Meridian Ting Point is on the outside behind, where a "ridge" running down from the back side of the fetlock meets the coronary band, and there is a corresponding Ting Point at the same location on the inside. Another Ting Point is located on the front of the hoof on the coronary band, with a corresponding one on the back side of the hoof between the bulbs of the heel. There are two more; one on each quarter on the coronary band, inside and out.

 Lateral and medial  Front  Behind  Quarter, lateral and medial

Hipsman Ex. K

# II. The Poll-Atlas Junction

The poll-atlas junction is the most important of the three key junctions of the horse's body that most affect performance. Pain or tension anywhere in the horse's body is reflected in the poll. Conversely, when tension accumulates in the poll things start going wrong in the rest of the body.

**THE LOCATIONS OF THE CERVICAL VERTEBRAE**

There are seven vertebrae of the neck—C1 through C7. They don't follow the topline, but run lower, at the widest part of the neck. The atlas is the first and most important. You will be able to feel the wing of the atlas behind the ear. The atlas and the occiput, or poll, form the poll-atlas junction. The second vertebra, the axis, is narrower and usually not palpable.



If you run your fingers down the lower, widest part of the neck you may be able to feel the bumps of the other vertebrae of the neck (depending on the horse). The last vertebra, C7, joins the body at the C7-T1 junction, under the scapula. The poll-atlas junction and C1 through C6 are the vertebrae we are asking to move gently in a relaxed state in lateral cervical flexion.

## Technique 1: Lateral Cervical Flexion

**PURPOSE**    To begin the process of releasing tension in the poll-atlas junction in order to improve comfort and range of motion in the poll, atlas, and neck.

**GOAL**    To ask for gentle lateral movement of the poll and neck with the muscles in a relaxed state. The nose is used to wiggle each vertebral junction of the cervical spine—C1 through C7—while keeping the horse as relaxed as he can be.

**NOTE**    When you move a joint or junction through a range of motion—even a tiny range of motion—in a relaxed state, tension in the connective tissue of and around that joint or junction will release.

**STEP BY STEP INSTRUCTIONS FOR LATERAL CERVICAL FLEXION**
(Refer to *Beyond Horse Massage*, pp. 33-44.)

1.  Place your left hand on the horse's nose. Place your right hand or fingertips on the bottom of the wing of the atlas about four inches below and behind the ear (your fingers should be on the bony part of the atlas, not in the groove between the jaw and the atlas).

2.  Bring the nose slightly toward you with the left hand. Rest the fingertips of your right hand very gently on the first vertebra (atlas). With the left hand, wiggle the nose gently, watching for the eye to soften.



1.

Hipsman Ex. K

3. Soften both hands. Move your right hand two or three inches down the vertebrae of the neck. Keeping your left hand on the nose, bring the nose around a little bit as you step back parallel with the horse.

4. With the fingertips of the right hand resting on the neck, wiggle the nose gently, watching for the eye to soften.

5. Soften both hands again and move the right hand farther down the vertebrae of the neck. Bring the nose back farther. Step back toward the shoulder as you bring the nose back.

6. With the fingertips of the right hand resting on the neck, wiggle the nose gently, watching for the eye to soften. Soften both hands again and move the right hand farther down to the lower neck.

7. Keep bringing the nose back farther toward the point of the shoulder, stepping back as you go, to make room for you to bring his head around. Wiggle the nose as you go. You are focusing the movement on the lower vertebrae of the neck the farther you bring the nose around.

8. Step away and allow the horse to release (lick and chew, yawn, sneeze, snort, or "shake loose").

### IF HORSE BRACES, RESISTS, OR EVADES

- Soften hands, arms, shoulders, and body before asking for movement from the horse.

- When the horse tenses, soften…then ask again when the horse has softened.

- Go to the opposite side, then come back.

- Skip over reactive areas until the horse is more relaxed.

- Keep hands soft while asking for movement.

- Yield when the horse pulls away, while keeping him in the neighborhood.

- Ask the horse to bring his nose back towards the front if he "takes over" and pushes his head around to the side.

- Look for noticeable release, relaxation, or improvement in movement—also note if the horse had nothing to release.

- If the technique is unsuccessful or if the horse demonstrates excessive discomfort or restriction in the neck, remember to *soften yourself first*. It sometimes helps to move to another technique and return to Lateral Cervical Flexion later.







Hipsman Ex. K

## ★ BEST PRACTICES FOR LATERAL CERVICAL FLEXION

**Your two hands have distinct jobs.**
*The nose hand is the movement or "wiggle" hand. The neck hand is the "fulcrum" or "focus" hand.*

Don't push with the neck hand. This is only to focus where the movement is.

*Don't force it!*
Some horses are more flexible than others. One horse may find it easy to bend the neck and follow your nose hand, while another might be physically unable to reach around even halfway. Resistance may be caused by stiffness or lack of range of motion, or by soreness. In either case, go softly and don't force it. Your goal is to release tension in the soft tissues around the vertebrae by asking for movement in a relaxed state. If you find yourself bracing against the horse, it isn't working—this would be a good time to take a breath and soften yourself.

We are only looking for an *improvement* in range of motion with any of these movement exercises, not for the horse to bend, flex, or move to the extent that we think he should. Again, don't force it. If you get an improvement or release response each time you perform a movement, then you will get results without the risk of harming the horse. You can go over the area again, getting an improvement each time. Each time you go over an area and get releases, it's like you are "peeling layers of an onion."

Hipsman Ex. K

# Technique 2: Head Down

**PURPOSE**    To release muscle tension and improve comfort and range of motion in the poll and atlas.

**GOAL**    To get the horse to relax the head down so that the muscles behind the poll and on top of the atlas can be massaged, and to get movement in the poll-atlas junction in a relaxed state by "bobbing" the head with the nose bobbing out to the front.

**STEP BY STEP INSTRUCTIONS FOR HEAD DOWN TECHNIQUE**
(Refer to *Beyond Horse Massage*, pp. 45-50.)

Before you begin, relax the atlas as much as possible with Lateral Cervical Flexion.

1.  Stand on the left side of the horse's neck, facing the neck. Place your left hand on the forehead and your right hand just behind the poll.

2.  With both hands, gently ask the horse to lower his head. Every time he yields to your pressure you yield to his, and immediately ask for more. When he raises his head, don't use force; just gently ask him to lower it again.

    **NOTE**  A good way to start this process is to start to apply pressure, immediately release, and ask again. This will let the horse know that there is a release of pressure in his future (the principle of nonresistance in action)!



3.  At a height where he is comfortable stop asking the horse to lower his head. Soften the hands and begin massaging at this level, with the goal of relaxing him and getting the head bobbing sufficiently to get movement between the poll and atlas, and axis if needed.

    **NOTE**  If your focus is on trying to get the horse to lower his head, he will sense it and resist. If you stop trying to make him lower his head, he'll usually lower his head.



4.  With the right hand, massage the muscles behind the poll. Use grape, then lemon, gradually increasing pressure. You can use the left hand to gently ask the horse to keep his head down as you massage with the right. When the muscles are relaxed enough, ask the head to bob as you continue to massage.

5.  Step back and allow the horse to shake loose, let it out, and show signs of release. Be prepared to do this a few times until you and the horse are used to it.

 

Hipsman Ex. K

**HEAD DOWN** *Throw away the clock. If you are in a hurry, it won't work.*

Start massaging where the horse is the most comfortable. As soon as you stop trying to lower his head…he will probably lower his head. Be aware that some horses will just not want to do this. If he won't lower his head, take a break and move on to the next technique. You can always come back to Head Down again.

---

⭐ **IMPORTANT — DON'T GET BUMPED!**

**1.** Do not position your head directly over the horse's head while it is down. If the horse spooks, his head can come up much faster than you can move yours out of the way. Keep your own head off to the side.

**2.** Moving your foot suddenly while the horse has his nose near your toe may cause him to spook and jerk up quickly *(see safety tip #1)*. Shift your weight gently by moving your knees before moving your foot. The horse will notice this and will stay relaxed. Notice how this works with horses standing around the paddock or pasture in a group. If one horse picks up a foot quickly, the others will often react by tensing or jerking. When a horse shifts his weight slowly before picking up the foot, the others don't react.

---

Hipsman Ex. K

# Technique 3: Head Up

## There are three ways to do Head Up:

**a.** Hands under the chin
**b.** On the arm (elbow)
**c.** On the shoulder.

Which one you use or where you start depends on where the horse is most comfortable. With all three variations of this technique we start where it is easiest for the horse. You can move the junctions of the poll, atlas, and neck through a gentle range of movement in a relaxed state with any of these variations.

(Refer to *Beyond Horse Massage*, pp. 51-61 for more on this technique.)

  

| a. HANDS UNDER THE CHIN | b. ON THE ARM | c. ON THE SHOULDER |

**PURPOSE**   To improve comfort and range of motion in the poll and atlas. Remember that the poll-atlas junction is the most important junction in the body, and connections here affect other areas of the body.

**GOAL**   To ask the horse to allow the weight of his head to relax onto your arm or shoulder or into your hands and improve range of motion in the poll.

**NOTE**   The goal is not to get the horse's head up onto your arm, shoulder or hands, but to get the horse to *relax the weight of his head down* onto your arm, shoulder or hands. Taking the weight of the horse's head allows him to relax the muscles of the poll, so he can begin releasing tension in this important junction and in the rest of the body.

In horses with extreme tension, sometimes all it takes is to allow the horse to remain relaxed in this position, doing nothing—for even a small amount of time—to effect huge releases from the horse.

Hipsman Ex. K

# Hands under chin variation

Use this variation to get the horse to begin relaxing the weight of his head on to your hand if at first it is difficult for him to relax his head higher up on your arm or shoulder.

**STEP BY STEP INSTRUCTIONS FOR HANDS UNDER CHIN**

1. Start with Lateral Cervical Flexion, so that the horse can relax and begin to drop his head. Find the most comfortable lateral angle or position (more in front or more to the side) for the horse. Give the horse a chance to relax into the position.

2. Keeping your left hand (nose hand) softly on his nose, remove your right hand (neck hand) from the neck and place it gently under the horse's chin. Relax both hands.

3. Without putting any pressure on the nose, watch the horse's eye as you *slowly* lift with the chin hand. Stop lifting at the very first blink, and hold there. You may have to lift an inch before the blink, or it may happen as soon as you start lifting, but don't go beyond that first blink. That's the horse telling you where to stop and hold. Don't miss it.

4. After a few seconds, soften and lower your hands and see what the horse has to say.

5. Repeat.

**BEST PRACTICE FOR HANDS UNDER CHIN VARIATION**

- Soften both hands.

- Keep the nose hand soft. There shouldn't be any pressure on the nose. This hand is only to keep the head "in the neighborhood."

- Slowly and gently lift the chin, watching the eye.

- Stop lifting when you get the first blink, or when you have some weight in the hand. If you lift too high or too quickly, the horse will tense or try to get out of it.

- Wait for the horse to relax the weight of his head into your hand. When the head is heavy, slowly move the head and neck through gentle ranges of motion, looking and feeling for "glitches" or places of restriction or tension.

Hipsman Ex. K

# On arm and on shoulder variations

When the horse is comfortable with under the chin, you may be able to get him to relax onto your arm or your shoulder. Depending on your height relative to the horse's height, on arm and on shoulder may require more release before he can do it compared to under the chin.

**STEP BY STEP INSTRUCTIONS**

1. Start with Lateral Cervical Flexion, so that the horse can relax and begin to drop his head. Find the most comfortable lateral angle or position (more in front or more to the side) for the horse. Give the horse a chance to relax into the position.

2. Keeping the fingers of your left hand on the nose (when on left side) pivot the elbow of the same arm down and underneath the jaw. Gently lift so that the weight of the horse's head rests on your arm. Allow the horse to tell you where to stop lifting by watching the blink.

3. While he is resting on your arm, slide your right (neck) hand up onto the top of the atlas, and gently massage the muscles above the atlas on this side.

4. Watch the eyes for responses. Stay soft with your fingers. Massage the muscles behind, below, and around the poll, and ask for gentle range of motion in this junction by moving the head with your elbow.

5. If he is not too short and you're not too tall, you can bend your knees and slide the horse's head up onto your shoulder. If he tenses or cannot relax in this position, go back to putting his head on your elbow, or even back to hands under chin.







Hipsman Ex. K

**BEST PRACTICES FOR ON ARM AND ON SHOULDER VARIATION**

■ Go slow. You may have to use small steps to get the feel for this technique and get the horse used to it. Eventually it will be easy. Every horse is different. Some will literally fall into this exercise, and others will require a little patience.

■ Find the position that is most comfortable for the horse. Some horses cannot comfortably rest on the shoulder, so start lower in the crook of your elbow. Also find the position most comfortable to the side. Some horses like the head more to the front; others more to the side.

■ If the horse stays tense and won't relax in this position, search with a fingertip behind the ear for a blink, and stay lightly (air gap) on that point until he starts to relax.

**FOUR THINGS YOU CAN DO ONCE HE'S UP THERE**

1. *Do nothing.* Just allowing him to relax the muscles of the poll for even an instant is huge for some horses.

2. Search for the blink.

3. Move gently through a range of relaxed movement.

4. Massage.



THING ONE: *Do nothing*



THING TWO: *Search for the blink*

**IF HORSE BRACES, RESISTS, OR EVADES**

■ Stay with the horse to keep him in the neighborhood—but keep your arms and hands soft.

■ Find a position that is more comfortable for the horse.

■ Soften your hands and arms when you feel resistance.

■ Relax a tense horse by returning to Lateral Cervical Flexion, or by going to Lateral Cervical Flexion first.



THING THREE: *Move gently through a range of motion*



THING FOUR: *Massage*

☞ **HOW IS YOUR FLEXIBILITY AND FLOW?**

You may change the order of doing many of these techniques. If you are having difficulty with any one technique, move to another technique, or do the same technique on the opposite side. When you come back to the original technique, the horse will often have released tension here and it will be easier.

As a rule of thumb, if you have tried three times to do a particular technique without success, then move to another technique, and then come back.

Hipsman Ex. K

# Technique 4: Tongue–Hyoid Release

**PURPOSE**    To release muscle tension in deep muscles around and associated with the *hyoid* apparatus. This area is associated with tension in the poll-atlas, TMJ and jaw.

**GOAL**    To encourage the horse to work the tongue on his own by gently resting the thumb on the roof of the mouth, or a finger on the bars under the tongue.

**NOTE**    Any time there is tension in the poll and atlas, attention should be given to the Tongue Release. It is like "massaging the poll from the inside."



*Courtesy of Equine Bodyworks Academy International 2018.*

### STEP BY STEP INSTRUCTIONS FOR THE TONGUE–HYOID RELEASE

1. Standing on the left, put your right hand loosely on the side of the halter. This allows you to move with the horse if he throws his head. Keep your arm loose.

2. Rest the left hand softly on the horse's nose. Wait for the horse to relax.

3. Slide the left thumb into the horse's mouth, resting it softly on the soft palate of the roof of the mouth. Don't push on the roof of the mouth—it is delicate. Just rest your thumb there. This will stimulate him to move his tongue in and out, loosening up the hyoid, and releasing tension in the poll and TMJ.

4. Alternatively, you can rest one or two fingers under the tongue on the bars of the jaw instead of resting your thumb on the roof of the mouth. This has a similar effect, without running the risk of getting your thumb "licked" up into the molars.

### THINK "SOFT AND LOOSE"…

- Keep a loose arm. If the horse moves or throws his head, stay with him with both hands, keeping both arms soft. Do not push on the roof of the mouth or pull down on the bar.

- Don't pull on the halter or the horse will continue to pull away. Just "keep him in the neighborhood" as you would with the Lateral Cervical Flexion technique.

 **THUMB SAFETY**

When the horse begins licking, keep your thumb forward of the molars and behind the incisors. The licking motion of the tongue may cause the horse to pull your thumb back into the molars. Be careful not to let your thumb get "licked" back into the horse's molars. It hurts!



*Safe way to do Tongue Release with your thumb.*

Hipsman Ex. K

# III. Neck-Shoulders-Withers Junction
## (Cervical-Thoracic Junction)

## Scapula Releases

The shoulder blade (scapula) is attached to the horse's body by muscles, *fascia* and connective tissue. There is no skeletal connection at all. Releasing tension in these muscles is the first step in releasing tension in the C7-T1 junction, where the neck joins the body.

**PURPOSE**   To release tension in the muscles that attach the scapulae to the body as well as to relax the area around the C7-T1 junction. Scapula releases also help relax the horse overall as they are especially effective in releasing endorphins.

**GOAL**   To gradually get a relaxed downward movement of the scapula and improve the range of motion. This is done by supporting the weight of the leg, and then gently asking the horse to lower the foot toward the ground in as relaxed a state as possible. If the horse has trouble, support the weight of the leg as much as possible during the process.



Hipsman Ex. K

# Technique 1: Scapula Release Down and Back

**STEP BY STEP INSTRUCTIONS FOR SCAPULA RELEASE DOWN AND BACK**
(Refer to *Beyond Horse Massage*, pp. 62-79.)

1. Stand at the horse's shoulder facing forward.

2. Pick up the foot.

3. Rest the horse's fetlock in your right (inside) hand and place your left (outside) hand on the horse's knee.

4. Allow the horse to relax the leg and shoulder as much as he is able.

5. Slowly guide the leg down and back, straightening the leg and lowering the foot as you go (don't forget to lower the foot!).

6. Encourage the horse to rest in that position as long as he is able by keeping your hand on the leg or foot.



Hipsman Ex. K

**BEST PRACTICES**

- Position the horse so that there is room for both you and the horse to work. The best place is in the center, diagonally across the stall. As he steps back you don't want him to hit his butt on the wall and bounce forward. Also, when in the center of the stall if he has the sudden urge to move he has room to move away from you rather than over you. And make sure the horse is standing reasonably square when you pick up his leg.

- When you are asking the horse to release the leg down and back, you should be facing the front of the horse. This allows you to bring the leg toward you, which is easier than pushing it away from you.

- It may help to rest your elbows on your knees to support your back while in this position. You may also get down on one knee if you feel comfortable doing so next to the horse. This might be easier on your back.

- Straighten his leg as you bring the foot down. Do this by using your "knee hand" to straighten his leg as you lower your "foot hand" toward the ground. Don't ask the horse to step back and set his foot down while holding his foot up—*just isn't fair!*

- This is not a stretch. Remember that we are not pulling or stretching the leg back. We are supporting the leg until the horse relaxes, then guiding the leg down and back. The goal is to allow the scapula to drop just a little bit beyond where it would normally drop in a relaxed state. The scapula only has to drop an inch or so before the foot is down to release tension. You only need to feel a slight relaxation for it to work.

- The Scapula Release is a major endorphin releaser. Watch the horse's eyes after this release and you'll see what we mean.

- Give the horse space. When you step back, step way back. The temptation is often to stand up close and pet the horse. Some horses need much more space than others to show you a release.

Hipsman Ex. K

# Technique 2: Scapula Release Down and Forward

**STEP BY STEP INSTRUCTIONS — SCAPULA RELEASE DOWN AND FORWARD**
(Refer to *Beyond Horse Massage*, pp. 80-91.)

1. Stand forward of the horse's shoulder, facing the hind end.

2. Pick up the foot, and bring the leg forward by taking a step backward.

3. Support the weight of the leg, holding either under the front of the toe or under the heel or pastern.

   Support your back with your elbows on your knees as you allow the horse to relax the leg.

4. Pick your "landing spot" while you wait for the leg to relax. The landing spot will be in an area straight down from the horse's knee.

5. When the horse's leg is relaxed, shift your "toe hand" to behind the pastern or heel and lower the foot down to the "landing spot."

   **NOTE** Do not lower the foot out, but straight down. Keep your hand on the horse's foot to encourage him to relax in this position, if he is able.

6. Step back and see what the horse has to say.

**BEST PRACTICES**

▪ Position the horse so that you have room to bring the leg forward. Make sure that the horse is standing reasonably square when you pick up his leg.

▪ Position yourself so that it will be easy for you to bring the leg forward. Stand to the side and in front of the horse's shoulder, facing back. When you pick up the foot it will be easier to bring it forward if you are already standing forward of the shoulder.

▪ Support the weight of the leg. The best and safest way to do this is to get used to holding under the front of the toe while it is a safe distance above the ground. .

▪ Support yourself. Rest your elbows on your knees to support your back. Some horses will fall forward and put their weight into your hand. Other horses will hold the leg in that position with little support.

▪ When you're holding the leg forward, pick a point on the ground straight down from the horse's knee. This is where you want the foot to touch the ground. As you lower the foot, rest his toe straight down from the knee.

> ↻ **IMPORTANT** *Do not let the horse fall forward.* There is a tendency to continue bringing the foot forward until he either falls forward or has to pull back. If he falls forward, you must set the foot down. Set the foot down if you find him coming off balance.











Hipsman Ex. K

# Technique 3: Under the Scapula Release

**PURPOSE**   To release tension in the deeper muscles that cross over C7 between the scapula and the trunk that attach the forelimb to the body.

**GOAL**   To slide your hand down underneath the front edge of the scapula "through" the *brachiocephalic* muscle where it crosses over the C7-T1 junction, until it "comes out the bottom" in front of the chest.

**STEP BY STEP INSTRUCTIONS FOR UNDER THE SCAPULA RELEASE**
(Refer to *Beyond Horse Massage*, pp. 92-99 for more on this technique.)

1. Stand at the horse's left shoulder with enough room to bring his nose around. Place your left (outside) leg a little behind you.

2. Put your left (outside) hand gently on his nose, and place the back of the right (inside) hand against his lower neck, a little higher up toward the withers, pointing down.

3. Make your right (inside) hand hard, gently increase pressure against the neck with the back of your hand, and find the fold of muscle in front of scapula.

4. Slide your hand down the underside of the muscle very slowly, watching the horse's eye, feeling for the horse to tense. Slow down if he tenses.



5. Continue moving your hand down through the muscle, if relaxed, and out the bottom.

6. Step back and see what he has to say.

✔   **START OUT RIGHT…**

▪ Position the horse diagonally, with his rump in the corner.

▪ Position yourself. Keep the flat of the back of your hand against the side of the horse's neck. Have your fingers pointing toward the ground, and your elbow pointing somewhat in the air, as shown. Try not to grab with your fingers, but rather make your hand rigid like a board as you slide your hand down toward the ground. It also helps to place your diagonal (outside) leg out behind you.

▪ *Go very slowly. If you sense his muscles even start to tense, stop moving your hand, and hold what you have for just a few seconds, then continue on as he relaxes.*

▪ Keep your nose hand as soft as possible. If you are grabbing the nose, the horse will tense.

Hipsman Ex. K

# Technique 4: Withers Wiggle

**PURPOSE**   To release tension deep within the thorax.

**GOAL**   To provide movement in a relaxed state of the thoracic vertebrae through gentle movement of the withers. The withers are extensions (the dorsal spinous processes) of thoracic vertebrae T4 through T8. With this subtle technique, we can use these extensions to ask for gentle movement of these vertebrae that we would normally not be able to access due to their depth in the body.

**NOTE**   You won't see or feel any actual movement of the wither, but the loosening effect will be there!

**STEP BY STEP INSTRUCTIONS FOR WITHERS WIGGLE**
(Refer to *Beyond Horse Massage*, pp. 100-103.)

1. Place your fingers on a wither, watching the horse's eye.
2. Wiggle, wiggle, wiggle. Gentle! Think "intention" of moving rather than physically moving.
3. Stop.
4. Watch for blink.
5. Move to another wither.
6. Wiggle, wiggle, wiggle.
7. Stop.
8. Watch for blink.



✪ **THIS IS A VERY SIMPLE TECHNIQUE**

There is really only one tip to give: *However lightly you think you are performing this technique, you could probably do it lighter with better results.* Use no more than egg yolk pressure.

Hipsman Ex. K

# IV.  Hind End Junction
## Hind End (Sacroiliac) Junction

# We use two basic sets of techniques on the hind end:

### FIRST—WORKING ON THE HIND END FROM THE TOP

Working on the Hind End from the Top is a set of techniques that includes the Hind End Release Points and Sacrum Float. The levels of touch we use on these points vary from air gap and egg yolk to—in some cases—grape. We follow the responses just as we did with the bladder meridian technique. Rather than using pressure, we are in a sense sending neurological signals to the horse's body to relax and release tension. This is Search-Response-Stay-Release work.

### SECOND—WORKING ON THE HIND END FROM THE BOTTOM

Working on the Hind End from the Bottom includes the Hind Leg Release Down and Forward and the Hind Leg Release Down and Back. These techniques involve handling the hind legs in a way similar to the way we release tension on the front end with the Scapula Releases.

# The pelvis area

### THE SACRUM

The sacrum is a solid bone made up of the last five vertebrae of the spinal column before the tail.

### THE PELVIS

The pelvis is a large framework that girdles the spinal column of the hind end. It anchors muscles that are essential in locomotion and the transference of force from the hind limbs to the body.

The two *ilia* of the pelvis (the two bumps that can be felt at the croup) lie on top of each side of the sacrum.

### THE SACROILIAC JOINT

This junction of the sacrum and the *ilium* forms the sacroiliac joint.



**The pelvic area bones.**

Courtesy of Sara Wyche's *The Horse's Muscles in Motion*

Tension accumulates in muscles that pull on the sacrum, such as the hamstrings, gluteal and *psoas* muscles. When this tension "pulls down" on the sacrum, especially unilaterally, it puts "torque" on the sacroiliac joint. When the sacroiliac joint gets torqued, it creates tension in other major muscles of the hind end. When you release tension in the sacroiliac joint, the whole hind end relaxes.

Hipsman Ex. K

# Working on the Hind End from the Top

## The Hind End Release Points and Sacrum Float

(See *Beyond Horse Massage,* pp. 111-124.)

### Technique 1: Hind End Release Points

There are six release points we use when working on the hind end from the top. The goal of using these points is to encourage the horse to relax each leg and drop the pelvis beyond the normal relaxed range of movement.

**THE SIX POINTS**

1. Sacrotuberous Ligament or Under the Tail Points (2).

2. Sacroiliac Point (2).

3. Hip Points (2).

4. Pelvic Points (2).

5. Stifle Points (2).

6. Pubic Symphysis or PS Point (1).

**PURPOSE**   To allow the horse to relax the large, deeper muscles of the entire hind end before asking for movement with the Hind Leg Releases and Lateral Rocking.

**GOAL**   To search for responses on the points until the horse releases tension and can, ideally, relax each leg allowing the pelvis to drop more and more on each side.



**THE SIX RELEASE POINTS**

---

☼   **CHANGING GEARS**

When we begin working on the hind end, we completely change gears and slow down. Having just come from the front end, we are used to the exaggerated movement and relative flexibility of the poll, neck, and even shoulders. The hind end is a completely different animal! The bones of the hind end are larger, attached muscles and ligaments are larger and take longer to release, and the movements that we are looking for are subtle and much less dramatic.

Now it's time to take a breath, slow down, and wait for the horse to do the work!

Hipsman Ex. K

**WHERE TO START**

As a rule of thumb we start on the right side of the hind end, as in most cases the left hind will be the tighter side. The best point to begin with is the Under the Tail Point (sacrotuberous ligament). After that, follow your intuition, and the horse's responses. It's an experiment!

☞ **THE BUSINESS END CAN BE TOUCHY!**

When touching any of these points for the first time, be aware that the horse could be extremely sore or sensitive to any touch or pressure on any of these points. Be especially careful with the Under the Tail Point, Pelvic Point, and Stifle Point, and stand out of the way of the hind leg.

# Technique 2: Sacrum Float

**PURPOSE** To release tension that may be pulling on the sacrum and putting torque on the *sacroiliac* joint. This technique also affects the entire spine through the back and into the poll/atlas.

**GOAL** To *very slightly* raise the tail in very small increments until you find a blink, and to stay in that spot until tension on the sacrum starts to release.

**NOTE** The Sacrum Float and Under the Tail Points are usually the best techniques to begin with on the hind end, unless there is too much discomfort here and you can't safely do them. In that case, start with other hind end points first, and then return to the Under the Tail Points and Sacrum Float.

**STEP BY STEP**

1. Cup the palm of the hand, or place the back of the hand under the tail well below the top of the tail.

2. Lift slightly, looking for the slightest blink, lip quiver, change in breathing, or other subtle responses from the horse to find "neutral" tension on the sacrum. Stop when you get the first blink.

3. Take enough time for the Sacrum Float (at least two to three minutes, or until the horse shows some sign of release).

4. You may use very slight traction or compression, guided by the horse's responses.

**IF HORSE BRACES, RESISTS, OR EVADES**

◼ If it is too much for the horse to have your hand under the tail, you can lift very slightly, using one or two tail hairs.

◼ Tie the horse if he continues to walk away during the technique, or just before the release (walking out of the release). Try softening if this happens.

◼ Stay with the horse if he moves from side to side. Try softening if this happens.

◼ Stay tuned-in to the horse, following the responses by adjusting the tail position slightly, enhancing the effectiveness of the technique.

Hipsman Ex. K

# Working on the Hind End from the Bottom

## Down and Forward and Down and Back Hind Leg Releases

(See *Beyond Horse Massage,* pp. 125-142.)

**PURPOSE**   To further release tension in the hind end junction by allowing the pelvis to move down in a relaxed state.

**GOAL**   To use the weight of the leg to get the horse to drop the pelvis as far as possible, in as relaxed a state as possible.



## Technique 3: Hind Leg Release Down and Forward

**STEP BY STEP INSTRUCTIONS FOR RELEASING THE HIND LEG DOWN AND FORWARD**

(See *Beyond Horse Massage,* pp. 127-136.)



1. Stand at the horse's flank facing toward the rear.

2. Ask for the horse's hind leg.

3. As the horse picks the foot up, slide the fingers of one hand under the toe.

4. Rest the foot in the farrier position, giving the horse a chance to relax the leg. Position yourself to protect your back.



5. Lower the foot forward to ground, supporting the weight of the leg as you go.

   **NOTE**  Slip one hand under the fetlock as the foot nears the ground so that you can gently let go of the toe before the foot touches the ground. Keep one hand on the leg to encourage the horse to rest the leg there.

6. Step back and watch for responses. If the horse remains in this position, allow him to process the release.

**IF HORSE BRACES, RESISTS, OR EVADES**



- If you feel the horse starting to become uncomfortable or to pull the leg back up as you lower the foot to the ground, lift upwards to regain the weight of the leg in your hand.

- If the horse wants to snatch the hoof out of your hand, yield and "go with the horse," continuing to hold under the front of the toe, as this is the easiest and safest way to control the horse's foot. If it becomes too much for the horse to handle let go of the foot and start over, or go to another technique and come back to this later in the session.



Hipsman Ex. K

## BEST PRACTICES

- On many horses it is easier to do the Hind Leg Releases on the right hind leg first, then the left.

- Position the horse diagonally in the center of the stall, with his hind end away from the wall. Make sure that he is standing reasonably square so that he can keep his balance.

- Position yourself facing the rear. Stand next to the belly of the horse. Slide your hand under the pastern, bring the foot up under the belly (as if his foot were resting on the hoof stand), and hold him under the toe. Find a comfortable position for you that makes it easy on your back. Close to the horse's body is better. Rest your elbows on your knees to support your back.



*Safest position when working in the stall*

- The hind end can be loaded. The safest place to stand is a little farther forward near the flank. If the horse unexpectedly kicks out, then you are not in the immediate firing range. By the time you get to the hind end, you should be comfortable with the horse you have been working on, and he should be comfortable with you. Still, be aware that the horse may have some sensitive or sore muscles back here that you don't (yet) know about.

- Pick a spot on the ground for the foot and use it as a general landing spot, but also feel for what is comfortable for the horse as you lower the leg. If the horse pulls the leg up, go with him, then wait for him to relax the leg down again.

 **KEY TIPS ON HOLDING THE FOOT BY THE TOE—FRONT OR BACK**

Do not grab the leg or cannon bone if the horse pulls the leg away. This is how to get kicked. Just keep your fingers under the toe and go with him until he relaxes the leg.

Handling the foot by the toe is the best way to do this work with most horses. However, it's important to keep in the back of your mind when to let go.

Always keep the foot well away from the ground when you have hold of the toe, and keep in the back of your mind an "invisible floor" below which you will let go of the toe. This could be about a foot off of the ground (pardon the pun). If the horse leans into your hand and your hand goes lower than this "invisible floor," then release the fingers that are holding the toe and let the leg down with the other hand.

To set the foot down, shift your hands. Lift under the pastern with one hand as you take the other fingers out from under the toe. Then set the foot down. Again, use the "invisible floor" to keep your hand from unexpectedly getting too close to the ground.

# Technique 4: Hind Leg Release Down and Back

**STEP BY STEP INSTRUCTIONS FOR RELEASING THE HIND LEG DOWN AND BACK**
(See *Beyond Horse Massage*, pp. 137-142.)

1. Stand next to the horse's hip, facing the rear.

2. Ask for the horse's foot, as if going to clean the hoof.

3. Hold the foot by the pastern, with the ankle bent. Keep your hand soft.

4. As the horse relaxes the leg, guide it down and back to rest with the toe on the ground.

5. When the leg has relaxed, wiggle it gently to encourage more relaxation, and slide the toe farther back.

6. Keep your hand on the leg to encourage the horse to rest in this position.

7. Step back and see what the horse has to say.

**NOTE** Position the horse in the center of the stall, away from the stall wall. Make sure that he is standing reasonably square so that he can keep his balance.

**NOTICE THE FOLLOWING**

- How much lower does the pelvis drop the longer the horse stays in this position?

- How much lower does it drop the more times he does it?

- How much of a relaxed "twist" in the lumbar area is there with the hip dropped?

- Any movement of a joint or junction, including the vertebrae of the lower back, through a range of motion in a relaxed state releases tension in that joint or junction. This is what is happening when the horse relaxes the hip into this dropped position.









Hipsman Ex. K

☞ **SAFETY NOTES**

Always position the horse so that his hind end is away from the wall when doing this technique. If he were to kick out with your hand on his foot near the wall, you could get your hand hurt.

Position yourself next to the horse's hind end as if to pick up his hoof for cleaning, facing toward the rear. Ask the horse to pick up the foot. After he picks it up, wait for him to relax the leg. With your hand in front of the pastern, guide the leg back so that his pastern is bent and he is resting his toe a few inches behind the other foot.

Keep your hand on the foot or on the leg to encourage the horse to stay in this position longer. The longer he is able to relax in this position the more he will release, so it's better to give him a more comfortable position that he can relax into longer, rather than a more stretched position that he has trouble relaxing into.

Hipsman Ex. K



Hipsman Ex. K

# v. Working toward the middle: The horse's back

## Lateral Rocking Technique

**PURPOSE** To release tension in the spine of the back as well as in the whole horse.

**GOAL** To gently rock the horse's spinal column side-to-side, from head to tail, in a relaxed state. This creates movement in the soft tissue between the individual vertebrae of the spinal column and releases tension in the muscles of the back.

**STEP BY STEP INSTRUCTIONS FOR LATERAL ROCKING**
(See *Beyond Horse Massage,* pp. 143-152.)

1. Stand on the left side of the horse, next to his hip, face forward at about a 30-degree angle.

2. Place your right hand on the sacrum at the base of the horse's tail.

3. Place your left hand gently on the point of the horse's left hip.

4. With your right hand gently rock the hind end from side to side.

   Start with pushing or pulling motions to sway the horse's spine gently from side to side. Continue rocking until you and the horse have a relaxed rhythm.

5. As you rock, slide your left hand directly forward to the area of the last rib. Use the rib to gently rock the corresponding vertebra.

6. Continue moving your left hand forward as you gently rock each rib and vertebra. You can go all the way to behind the shoulder, if your arms are long enough.









Hipsman Ex. K

## Where to put your rocking hand?
## There are two ways to do the Lateral Rocking technique…

**1.** Place your hand at the base of the tail, and use the sacrum as in the step-by-step instructions above. Use the horse's sacrum as a handle to send a wave of motion through his body.

**2.** Place your rocking hand on the inside of the point of the butt, or ischium, instead of on the base of the tail. Apply the pushing/rocking force the same as you would the base of the tail, but instead to the bony protuberance on the opposite side. On some horses you can get a better purchase here than on the tail.

The key with either is to use the rocking hand to create small waves, and to do it in a way that keeps the horse relaxed.

■ Start with the rocking hand. Begin by asking for very small side-to-side movements until you and the horse get the rhythm, and you feel him start to soften and relax. Search for a rhythm that keeps the horse relaxed, letting the horse swing back into your hand with each rock.

■ Gently apply the helping hand. As you get the rhythm going and you feel the horse begin to relax into it, start to use your helping hand on the hip to, well, help. Apply counterpressure with the helping hand at the same moment of the rock with the tail hand.

■ Develop the rhythm and keep the rocking small, more like a wiggle. You will find that every horse has his own individual rhythm. It helps to keep the image of a tub of water in mind. You are trying to slosh the water to create a wave that goes back and forth.

■ Focus the movement on specific areas of the back by moving the helping hand forward rib by rib.

■ Quality over quantity. Moving a joint or junction through even a tiny range of motion (micro-wiggling) in a relaxed state is ten times more effective than moving a joint or junction through a large range of motion in a non-relaxed state.

Hipsman Ex. K

# VI.   Final Notes

## Frequently asked questions

### How long before I can ride my horse?

See below.

### What is the best thing for the horse after a bodywork session?

After a bodywork session, the best thing for the horse is to be able to move around comfortably. Hand-walking, a relaxed ride on a loose rein, or turn-out are good. If you have a choice, turn-out is best. The idea is to let the horse's body move and feel what's been released.

If your horse needs to be ridden, give him as easy a ride as possible. If you start asking for work too soon the tension will return. Usually one day is enough, but if the horse is uncomfortable it means that he needs a little more time. This may be the case if he had a lot of tension in the body, and you worked on him for a long time.

### Should I work on the horse before riding, or after?

With this method, it's much easier for the horse to release tension when the muscles are "cold," or not in an active state. This means it is better to work on the horse when he is "cold" or before he works out.

### How long should I work on my horse?

If you are taking your time and not doing too much in one go, over two hours is not too much. If you are doing a lot, you should make the session a little shorter. Sometimes the horse will just tell you that he has had enough. You will know you've gone too long when the horse simply stops giving you responses.

### How often should I work on my horse? How much is too much?

For general guidelines, if the horse is competing or training hard, two times a week may not be too much. If the horse doesn't work hard, yet has issues from past work that you want to help him clear up, you might work on him a couple of times the first week, then once a week until you feel that he's doing better, then once a month. It's good to give the horse at least two or three days between two sessions. It's better not to work on the horse more than two times a week. When the horse stops giving you responses, his nervous system needs a break or there is nothing more there to release.

### Do I always have to perform the entire sequence?

No. Go by what's comfortable for you and the horse, or by what areas of performance you are interested in improving. However, the techniques given in this book provide a sequence that helps the horse be prepared for later more difficult techniques.

### What if my horse is mouthy or keeps nipping at me or the handler?

If you are working on a horse that is mouthy or nippy, tie him with enough room to bend and flex as much as he can without reaching you. If you are in a stall, tie him to a piece of baling twine, or something that will break if he pulls back hard. You don't want him to break something in the stall, and pulling back on something hard is often the cause of poll problems to start with.

Hipsman Ex. K

### What if he won't hold still?

If he's already tied and he won't hold still or keeps stepping from side to side, continue doing whatever you were doing with your hand on him, and just step from side to side with him, or walk with him. Once he realizes that your hand is not going anywhere when he takes a step, he'll usually stop walking. And remember, fidgeting means it's working. If you stay with it, more often than not, you'll get a release. If he's not tied and won't hold still, then tie him.

### Can I work on my pregnant mare?

This is something you should consult your vet about. Generally, it is not good to do any type of bodywork on a pregnant mare before there is a fetal heartbeat (the first month), or during the last month, especially with the hind-end release points that we use.

### How soon after foaling can I work on my mare?

This is something that you should consult your vet about, especially if there is a vet being consulted on the pregnancy (see "Contraindications" on next page).

### My horse laid down and went to sleep for several hours after the bodywork. Is this something to worry about?

Not unless you are trying to ride him! This is another thing that will happen with horses that have held a lot of tension in their bodies. It seems to happen more to young horses.

### Can he eat while I'm working on him?

No. Food is the one thing that will interfere with reading his responses, and interfere with him releasing. If he does want to eat, take the food out of the stall, or tie him if he pretends he's starving and needs to clean up every little bit of hay.

### Is there a technique I can use to help a colicky horse?

The Under the Tail points, or any of the Hind End Release Points that don't obviously bother the horse will help the horse to relax. Some colicky horses respond better than others. By no means use this as a substitute for veterinary attention if you feel that the horse needs a vet.

### My husband/wife/friend/sister/trainer thinks this is a bunch of hocus-pocus. Is he or she right?

He or she may or may not be right, but if it works, do it—and enjoy! This bodywork is intended to enhance performance in the healthy horse. It is not meant to treat any type of disease or as a substitute for veterinary care and treatment. If you are in doubt about the physical health of your horse, please consult your vet, especially in case of contraindications to bodywork listed on the next page.

Hipsman Ex. K

# Contraindications to bodywork

### Arthritic horses

Light bodywork can make the arthritic horse more comfortable. If your horse is being treated by a veterinarian for arthritis, consult the vet regarding bodywork on the horse.

### Pregnant mares

Do not perform bodywork on pregnant mares in the first month or the last trimester. Check with your vet.

### Horses with acute injuries

Bodywork is not indicated on horses with injuries in the acute stage.

### Horses with diseases such as Lyme or EPM

Gentle bodywork may be a good way to support the healing of a horse with Lyme disease or EPM during the course of treatment. Consult your vet.

### Horses with hives

Horses that suffer from allergies or hives can be especially sensitive to touch. Experiment with levels of touch. If you find that your horse's condition worsens with bodywork, stop and consult your vet.

### Horses on stall rest

Consult with your vet before performing bodywork on a horse on stall-rest. Depending on the condition, gentle bodywork can be an excellent way to keep a horse on stall-rest supple, flexible, in good spirits, and to keep his blood circulation going. Be aware that the horse may not be able to support himself on three legs during leg releases.

### Horses with infectious skin conditions

### Horses with fever

### Horses with infectious diseases

This list is by no means complete.
Again, if in doubt regarding the health condition of your horse, consult your vet.

Hipsman Ex. K

Hipsman Ex. K

# About Jim Masterson



**JIM MASTERSON,** equine massage therapist for USEF Endurance Teams from 2006 to 2014, has developed a unique method of equine bodywork in which the practitioner recognizes and follows the responses of the horse to help the horse release tension in key junctions of the body that most affect performance.

**INTEGRATED EQUINE PERFORMANCE BODYWORK** is an interactive process in which the horse's participation is essential to the process, which results in a visible release of tension, an improvement in performance, and a new level of communication and trust with the horse.

Hipsman Ex. K

# Notes

Hipsman Ex. K

# Notes

Hipsman Ex. K