# BHM Weekend Seminar Outline
# for Instructors



## Basic Timeline

**Saturday**
Introductions
Overview of The Masterson Method
Demo/Practice/Debrief Front End Techniques
Whole Horse Demo by Instructor
*(Morning and afternoon breaks and lunch break)*

**Sunday**
Demo/Practice/Debrief Hind End and Back Techniques
Students Practice in Pairs
*(Morning and afternoon breaks and lunch break)*

## Detailed Timeline

**SATURDAY MORNING**

9-9:20    Introduce yourself, assistants, and hosts. I like to start by having the students introduce themselves, name, type of horses/riding they do, and any bodywork experience. This breaks the ice, and gets everybody on the same page. Plus, it gives you time to get yourself organized.

You may want to introduce some Ground Rules.
- Keep the stalls clean as you go. It's easier for everybody that way.
- Leave the horses as you found them in the stalls (eg, halters on/halters off; blankets on/blankets off)

These next two are important! (If you haven't come across them yet, you will sooner or later:)
- We're all here to learn MM, so please don't solicit other business or introduce other methods or modalities.
- It's important that if you have any concerns or opinions about how the horses are shod, fed, cared-for, turned-out, housed (whipped, abused, beaten, etc), please share them <u>only</u> with the Instructor. We're all (including students) here at the invitation of the host, and if there's anything of concern the Instructor will bring it up with the host later.

*MM Introduction, following the workbook.*
9:20-9:40  Go by the Workbook in general: what MM is, staying under the horse's bracing response (radar) Responses to look for, Levels of Pressure, fidgeting, stretching, etc.

**Bladder Meridian**

9:40-10:00      <u>Demonstrate</u>
Get a horse and demonstrate Bladder Meridian - SRSR.
Cover some "What if's".
- What if the horse moves around (go with him/her/it)
- What if the horse is stoic and doesn't release (wait longer, and lighter)
- What if it's too much for the horse (back away a little)
- What if horse fidgets and fusses with the lead rope (read the responses anyways – fidgeting is a sign that something is happening)
- What should the handler do (not mess with the horse), etc.

Maybe ask one student to come up and do a little, etc.

10:00-11:00      <u>Practice</u>
Ask students to pair up and practice.
Reiterate that handler shouldn't interfere with the horse.
I've found that it works better once the students are set up to step back and leave them alone to practice the BM. If you're standing close they'll want to talk and won't practice the BM. Also, encourage them to get to more than one horse (if they can).

11:00-11:15      <u>Regroup (and maybe take a small break)</u>. Ask students to share what they experienced with the group, what their "take away" from the session was. Talk about any "what if's" that happened. Answer questions. Do this at each "Regroup".

**Lateral Cervical Flexion**
11:15-11:30      <u>Demonstrate</u> LCF, including "what if's".
Have a student try. Put your hands on the student's hands so that they get the feel.

11:30-12:15      <u>Practice</u> LCF.
Note: When Instructors/Assistants help with a Technique, they're only allowed to <u>show</u> them once. After that, they have to <u>put their hands on the student's</u> hands so that they get the feel. Sometimes students would rather watch that try. Instructors end up doing it while they watch, rather than letting them get the feel and practice.
Have them switch around and practice on more than one horse if possible.

12:15-12:30      <u>Regroup</u>. Ask students to share what they experienced with the group, what their "take away" from the session was. Talk about any "what if's" that happened. Answer questions.

**Tongue Release** (thumb-on-roof-of-mouth ONLY) can be slipped in any time before, during or after <u>LCF</u>.

<u>LUNCH BREAK</u>
12:30-1:30

**SATURDAY AFTERNOON**   (You may need to adjust times and/or Techniques around lunch.)

**Head Down**
1:30-2:00        Demonstrate and Practice Head Down
              Note: You don't have to have the horse's head all the way down to start massaging. Stop
              where it's comfortable, don't try to get the head down, and it will usually relax to where it's
              comfortable.

**Head Up**
2:00-2:45        Demonstrate and Practice Head Up (Hands-under-chin, On Arm, On Shoulder). Regroup

**Scapula Releases**
2:45-3:15        Demonstrate and Practice Scapula Releases – Forward and Back. Regroup


**Under Scapula Release**
3:15-3:45        Demonstrate and Practice Under Scapula Release.

3:45-4:00        Regroup and take a break (horses should be cooked by now).


**Full Demo by Instructor**
3:45-5pm  The purpose of the whole horse demo is to show your students:
              1)  how the techniques flow back and forth and can be put together based on what
                  you're finding in that particular horse,
              2)  that there is more to learn in the advanced course, and
              3)  that you're an expert and know what you're so that they may ask to hire you, and/or
                  they will come to another courses because we have such good instructors!

(Keep in mind again that you may need to adjust times, techniques and/or demos as needed.)

**SUNDAY MORNING**

Get group photo (clear image, good lighting, at high resolution - see the new Photo Guide for tips)

Follow the same Demonstrate, Practice, Regroup sequence for the hind end techniques in the morning.
9-10:30am        Hind End Points and Sacrum Float (1 hr. 30 min.)
10:30-11:30        Hind Leg Releases Forward and Back (1 hr.)
11:30-12:00        Lateral Rocking (45 min.)
12:00-1:00        Lunch -  change out horses (45 min.)

**SUNDAY AFTERNOON**

1-3 or 4pm        Have students Practice all of the Techniques head to tail (2-3 hrs)
3 or 4pm-?        Regroup.
              Have students/assistants/hostess/instructor fill out Exit Questionnaires.
              Hand out Completion Certificates.